

FILED

2022 FEB 28 PM 3:25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____ EEG.

PAID

FEB 2 8 2022

1  B Emiro Cuellar

2  E-mail: emirocuellar@gmail.com

3  3622 Vinton Avenue, Apt 6

4  Los Angeles, CA 90034-5776

5  Cellular Phone: (213)-840-9822

6  Plaintiff in Pro Per

7

8  ## UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA

10

11  Emiro Cuellar                          )   Case No. ___ **CV22-1359-SBC(MAAx)**

12                 Plaintiff,              )

13                 vs.                     )   **COMPLAINT FOR:**

14  SEIU-USWW(Service                      )   1.Discrimination Based on Race (Cal.Gov. §12900-

15  Employees International                 )   12996 & Title VII)

16  Union-United Service Workers            )   2. Discrimination Based on National Origin

17  West, a labor union; David              )   (Cal.Gov. §12900-12996 & 29 CFR §1606.1

18  Huerta, an individual; Anton            )   3.Discrimination Based on Inequality

19  Farmby, an individual; Sanjay           )   Employment Opportunities (42 USC Ch.21)

20  Garla, an individual; Vu                )   4.Discrimination Based on Age (29 USC Ch.14)

21  Nguyen, an individual;                  )   5.Retaliation for Complaints on Discrimination

22  Andrew Gross-Gaitan, an                 )   and Harassment (Cal.Gov. §§12900-12996 &

23  individual, and DOES No. 1              )   Title VII 42 USC §2000e et seq.)

24  through 7, inclusive,                   )   6.Failure to prevent Harassment and Retaliation

25                 Defendants              )   (Cal.Gov. §12940 (j) and (k)

26                                         )   7.Intentional Infliction of Emotional Distress.

27                                         )   **DEMAND FOR JURY TRIAL**

28

I, Plaintiff Emiro Cuellar brings this action against defendants SEIU-USWW, a Labor Union; Sanjay Garla, an individual; Vu Nguyen, an individual; and DOES 1 through 7 for general, compensatory, punitive, and statutory damages; prejudgment interest, costs, and attorney's fees; and other appropriate and just relief resulting from defendants' unlawful and tortuous conduct, and as ground therefore alleges:

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. §1331 (federal question).

## II. VENUE

2. Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) because all the acts, events and omissions giving rise to the action occurred in this District in the County of Los Angeles, CA. Plaintiff's state law claims for relief are within the supplemental jurisdiction of the Court, as authorized by 28 U.S.C. § 1367.

## III. PARTIES

3. Plaintiff Emiro Cuellar ("Mr. Cuellar") is a resident of Los Angeles County, California at 3622 Vinton Avenue, Apartment 6, Los Angeles, CA 90034. Plaintiff is a male of fifty-nine years of age. Plaintiff Emiro Cuellar was hired by SEIU-USWW as of August 25, 2009, as an "External [Union] Organizer".

4. Defendant SEIU-USWW Service Employees International Union-United Service Workers West ("SEIU-USWW" or "the Union") is a labor Union conducting business in the State of California and the Los Angeles County, with headquarter at 828 West Washington Boulevard, Los Angeles, CA 90015

5. Defendant David Huerta ("Mr. Huerta"), on information and belief, is presently a resident of Los Angeles County. At all relevant times herein, defendant has been and is employed by the Union as President of the Union.

6. Defendant Anton Farmby ("Mr. Farmby"), on information and belief, is presently a resident of Los Angeles County. At all relevant times herein, defendant has been and is employed by the Union as Vice-President.

7. Defendant Vu Nguyen ("Mr. Nguyen"), on information and belief, is presently a resident of Los Angeles County. At all relevant times herein, defendant was employed by the Union as Mr. Sanjay's Assistant Director.

8. Defendant Sanjay Garla ("Mr. Sanjay"), on information and belief, is presently a resident of Alameda County. At all relevant times herein, defendant has been and is employed by the Union as Director / Vice-President.

9. Defendant Andrew Gross-Gaitan ("Mr. Gross-Gaitan"), on information and belief, is presently a resident of Alameda County. At all relevant times herein, defendant has been and is employed by the Union as Director.

10. Plaintiff includes the names and capacities of defendants with each of them acts in the Union, sued herein as Does 1 through 7, inclusive. Plaintiff is informed and believes and, -on that basis, alleges that each of the named defendants is responsible in some manner for the acts and failures to act herein alleged, and that Plaintiff's injuries as herein alleged were legally caused by the conduct of each such defendant.

11. Plaintiff is informed and believes and thereupon alleges that, at all times material herein, each of the Defendants was the agent or employee of, and/or working in concert with, his/her co-Defendants and was acting within the course and scope of such agency, employment and/or concerted activity. Plaintiff alleges that to the extent certain acts and omissions were

perpetrated by certain Defendants, the remaining Defendant or Defendants confirmed and ratified said acts and omissions.

12. Plaintiff is informed and believes and thereupon alleges, that at all times material herein each Defendant was dominated and controlled by his/her co-Defendant, and each was the alter-ego of the other.

13. Whenever and wherever reference is made in this complaint to any act or failure to act by a Defendant or Defendants, such allegations and references shall also be deemed to mean the acts and failures to act of each Defendant acting individually, jointly, and severally.

### IV. STATEMENT OF FACTS

Please see Exhibit 1 (2 pages), "Dismissal and Notice of Rights" from EEOC (Notice of Right to Sue), received on November 29, 2021.

**SEIU-USWW BACKGROUND.**

14. SEIU, which stands for Service Employees International Union, is a labor union with national coverage, which has many Locals (branches) for each labor industry, in almost all cities and states of the USA. Its main headquarters are in Washington, D.C. USWW. United Service Workers West (formerly known as Local 1877) is one of those locals, with coverage and jurisdiction in the State of California and represents service workers, such as janitors, security officers, airport service workers, entertainment and multiservice (food service and Environmental Service) workers. Its headquarters are in Los Angeles, California.

15. Defendant SEIU-USWW and at all relevant times herein, operated a labor union, that "… represents more than 45,00 janitors, security officers, airport service workers, and other property service workers across California." as it is announced in their own website https://www.seiu-usww.org/about/

16. Defendant David Huerta became the President of SEIU-USWW in or around 2014. As President, David Huerta oversaw SEIU-USWW's operations.

17. On November 2012, Plaintiff Mr. Cuellar was transferred to work in the Security Division, in the LA County Security Campaign team, under the direct supervision and report to Defendant Mr. Anton Farmby, and remained so until around June 2019, when Juan Carlos Cristales was appointed as LA County Security Campaign Team Lead, with coordination and supervision functions over my work duties.

18. On or around February 2020, defendant, Mr. Nguyen, was appointed as Coordinator of the team in which Mr. Cuellar works, becoming in his immediate supervisor, to whom Mr. Cuellar had to report, until February 9, 2021.

19. As of February 10, 2021 Mr. Juan Carlos Cristales, was appointed as External Team Lead, the new name of the group in which Mr. Cuellar works, becoming in the person who coordinates and supervises his work duties, but simultaneously continue reporting to Mr. Nguyen who continues being the official Coordinator of the External Team, and to Mr. Sanjay who is the Director.

20. Team Lead is a *de facto* job position (not on the official SEIU-USWW job List) that was unilaterally created by the Union to have -within the employees, and within the members of the employee union, BSSU, people trusted by management, to be as a kind of immediate supervisors of their co-workers, without personnel management powers, with coordination and supervision of work duties, but who are required to report on possible irregularities in performance of their co-workers. With that reports SEIU-USWW carry out disciplinary investigations, even going so far as to fire

1    workers. In clearer words, Team Leads do the dirty work for management, to

2    discipline workers.

3    In return, SEIU-USWW pays them about $1.00 more per hour.

4    /

5    **A NECESSARY BACKGROUND.**

6    21. Mr. Cuellar is not new to the fight for Social Justice causes, but rather has

7        extensive experience. Mr. Cuellar is Colombian and remained at his natal

8        country until he was 37 years old, when he had to exiles for fear of losing

9        his life and/or that of his family, due to his active participation in the trade

10       union movement and politics in Colombia. Mr. Cuellar began very young,

11       at the age of 16, as a student leader both at his high school and at the

12       University. At the age of twenty he joined the trade union movement, where

13       he quickly climbed positions, reaching the doors for the highest structures

14       of Colombian trade unionism. By the age of 30, Mr. Cuellar had founded 8

15       unions in Colombia, advised and trained union organizations, participated

16       in multiple collective bargaining negotiations, and was a member of the

17       Board of Directors of a government entity. His fight was not limited to the

18       student and trade union movement, but he had a very active participation

19       fighting corruption and narcotraffic in Colombian politics. Along the way,

20       friends and enemies joined. In short, because of all his activity, attacks, and

21       attacks against him took place, which he knew how to resist, until when his

22       family was menaced. He had to go into exile and take his family out of

23       Colombia. Mr. Cuellar was granted Political Asylum and the US

24       government brought his wife and their three children to begin the painful

25       and difficult experience of living a new life in a strange land, far from his

26       sisters and brothers, and from the rest of their relatives. Mr. Cuellar, his

27       wife and their three kids are now proud American Citizens.

28

22. Mr. Cuéllar, when looking for a job in a union organization, always proudly
exhibited all his experience, but he never imagined that all his experience
was received with feelings such as envy or jealousy at work; he felt it later
many times from SEIU-USWW's managers, when they cut him short with a
simple, and sometimes mocking, "things are done differently here." Mr.
Cuellar has never spoken again about his experience since several years.
That, plus his -still present, big problem with the English language (mainly
about listening) and the "decent" intolerance of many managers, closed
many doors and job advancing opportunities to him.

23. Mr. Cuellar wrote "decent" in quotes, because if Mr. Cuellar was recruited
for his job position, they have always relegated him to working only, or
mostly, with Spanish-speaking workers. Never, despite multiple requests,
has SEIU-USWW allowed Mr. Cuellar to take formal English classes to be
able to advance in his job and career, as they have done to others; they
NEVER assigned Mr. Cuellar to take direction of General Staff Meetings,
as they did with all fluent English Speakers -which could help Mr. Cuellar
in language improving. SEIU-USWW has always assigned Mr. Cuellar to
logistics tasks: specially to carry the water, help to load and unload stuffs
into the buses or vans, sometimes drive those cars, and watch the parking
during events. That is DISCRIMINATION FOR LANGUAGE REASON.
And -incredibly! they NEVER assigned Mr. Cuellar to take direction of that
All Staff Meetings in Spanish, as they allowed to other organizers. That is
DISCRIMINATION AND PART OF A LONG AND ONGOING
RETALIATION.

24. Plaintiff Mr. Cuellar began his career at SEIU-USWW on August 25, 2009
as an External Organizer in the SEIU-USWW Los Angeles headquarter,
recruited by Defendant Andrew Gross-Gaitán, starting as part of the

"Sodexo Campaign" Team, with which the Union was trying to organize and unionize Sodexo's workers.

25. Unfortunately for the Union, around a year later, the Campaign had to be canceled and terminated as the Union lost a RICO lawsuit that Sodexo filed against SEIU and its Locals, including USWW. At that time Sodexo Campaign's Director, Mr. Andrew Gross-Gaitán, had been using Ms. Nannette Rincon-Ksido, Coordinator under his supervision, to trigger a ferocious labor persecution against Mr. Cuellar and tried to fire him under unfair and non-existent disciplinary charges, and under the argument that the campaign was over, and that there was no more work for him.

26. Mr. Cuellar vigorously defended his job, arguing that he had not moved from Boston, Massachusetts to apply for a job in that particular Campaign, but rather to work for the Union. Faced with Mr. Cuellar protest, his two supervisors, Ms. Nanette Rincón-Ksido and Mr. Andrew Gross-Gaitán, intensified their labor harassment, shortly after receiving discipline in 2010, seeking to kick Mr. Cuellar out of work through a false charge.

27. Mr. Cuellar managed to keep his job, finally, through raising a complaint before the SEIU International headquarters in Washington, D.C. because the undue and unfair disciplinary process, and thanks to the intervention of Ms. Alejandra Valles, SEIU-USWW's Vice-President, during a bizarre disciplinary meeting, in which Mr. Gross-Gaitán and Ms. Nannette had set up the chairs as in a kind of Nazi interrogatory room: both of them sat together, in the middle of her office room, interrogating Mr. Cuellar -sat in front of them, while Ms. Nannette taken notes. The disciplinary case against Mr. Cuellar failed for lack of merit, Mr. Andrew Gross-Gaitán was strongly reprimanded from Washington (later, he himself told it aloud), the unjust discipline did not progress, and Mr. Cuellar was transferred and assigned to other active work fronts.

28. What Mr. Cuellar did not know is that SEIU-USWW managers were not going to handle this setback in a professional manner and that, from then on, Mr. Cuellar would suffer a work hell environment of retaliation and discrimination.

29. From that first onslaught of managers against Mr. Cuellar to try to create an adverse disciplinary background for him, Mr. Cuellar inherited two negative things:

30. **1)-** It was so much persecution and workplace harassment by Andrew Gross-Gaitán and Nannette Rincon-Ksido, that Mr. Cuellar's behavior turned into irritable and defensive, which in the end that affected his family harmony. Mr. Cuellar had to accept his reality and accept to go to the Mental Health service of Kaiser Permanente, for the first time in his life, and, due to his unfortunate state of mental health, he had to accept taking Celexa, a strong psychiatric medication to control anxiety and depression, and to withstand the workplace harassment that he was a victim. , and

31. **2)-** He earned a scarlet mark forever among SEIU-USWW managers as a trouble-maker worker. Since then, wherever he went to work, he has been facing distrust behaviors - to say the least, from every manager he has worked, even since the first day, and suffer permanent labor harassment, extra control, micro-management  and many disciplinary investigations, and disciplines, up to the present.

32. Mr. Cuéllar had never had to use psychiatric medicine before, but because of SEIU-USWW strong harassment at work and from then on, he must continue taking them, but not only antidepressant medications, but several others to treat various conditions and serious disorders in his body, which only they appeared after starting to take those psychiatric medicines, like as secondary effects.

33. PARENTHESIS: The prolonged and ongoing harassment only stopped (at least for now) shortly thereafter, and coincidentally, when SEIU-USWW was notified on April 27, 2021 that Charges against them had been dual filed with the EEOC and DFEH, and that those agencies have given Mr. Cuellar a Right to Sue letter.

**AGE DISCRIMINATION and LONG ONGOING RETALIATION AGAINST MR. CUELLAR FOR DEFEATING SEIU-USWW IN ITS FIRST ATTEMPT TO FIRE HIM.**

34. In our modern times, this type of discrimination is initially imperceptible due to the lack of strong and physical evidence; it is impossible to find any document stating that an employee is not being hired or that is being persecuted because of his age. Written traces of abominable and similar discriminations are never put in writing -almost not even by inhumane regimes such as the Nazis or the Fascists and can only be found in pre-Civil War documents made by slaveholders. However, there could be collateral events that evidence this behavior, such as, for example, in SEIU-USWW, which have been replacing vacancies of retired people or hiring new personnel for several years, almost only with people under 40 years of age, especially people between 20 and 35 years approximately. Plaintiff Mr. Cuellar has not the capacity to obtain that documentation from Defendant SEIU-USWW, but the Union should show the records of all the applications they have received for vacancies, and the hires made in at least the last seven (7) years, in which could remarkably high pattern of hiring is evident to hire people under 40 years of age.

35. Mr. Cuellar is a 59 years-old man; he was recruited in 2009, when he was 47 years old. Mr. Cuellar was USED for a campaign, and less than a year later he began to feel labor harassment from his immediate superiors, who acted like trying to lead him to his resignation.

36. Mr. Gross-Gaitán did not hide his intentions: on one occasion Mr. Cuellar asked him "Are you watching my every move?" and he replied, with facial anger expressions and cynical satisfaction: "Yes, and I'm going been watching you with magnifier every day." On another occasion, during that time of the labor persecution that he and Nannette Rincón-Ksido maintained against Mr. Cuellar, while Mr. Andrew Gross-Gaitan was preparing a paperwork, Mr. Andrew Gross-Gaitán, trying to sound friendly and like he was making a joke, told Mr. Cuellar (in Spanish ) "47? Are you 47 years old, Emiro? If I had known your age, I wouldn't have hired you." You never know what to expect with Andrew Gross-Gaitán.

Most, if not all, the new SEIU-USWW hirings are under 40 years old, through the last 5 to 7 years, approximately.

37. Yes, there is AGE DISCRIMINATION in SEIU-USWW, and Mr. Cuellar has been a victim of that discrimination.

38. All the previous as almost continuous and ongoing RETALIATION for having react, fight, and defeat SEIU-USWW's labor harassment in that first time.

**DISCRIMINATION TO MR. CUELLAR's BASED ON NATIONAL ORIGIN/LANGUAGE BECAUSE HIS ENGLISH LANGUAGE BARRIERS.**

39. USWW has shown that it does not care about Mr. Cuellar's deficiencies in the English language and, in fact, has never provided him with time and accommodations to take English classes. SEIU-USWW has never gone beyond saying that they will allow Mr. Cuellar to take the English classes Mr. Cuellar needs, but never materialize that releasing him from duties during the classes hours.

40. The whole recruitment process for Mr. Cuellar was totally in Spanish, from the first telephone interviews. Mr. Andrew Gross-Gaitan -who is bilingual English-Spanish 100%, knew exactly what Mr. Cuellar's level of English

language was: He can speak enough to make himself understand, he can read and understand any document in English, and even he can write it - always with some technological aids about vocabulary and grammar. The only main English language for Mr. Cuellar is the listening/understanding, specially during group conversations or meetings. Mr. Gross-Gaitán was so clear to tell Mr. Cuellar that English was not a job requirement, nor was that ever put in writing in any recruiting document, nor in Mr. Gross-Gaitán's email from August 3, 2009 notifying Mr. Cuellar that he was accepted as an employee. Please see Exhibit 2 (3 pages); on the contrary, he gave Mr. Cuellar confidence and told him that his level of English was more than sufficient for the type of work he was going to perform, since the Campaigns in SEIU-USWW is bilingual, assuring to Mr. Cuellar he would always be working with Spanish-speaking workers, and when English language was necessary there would always be colleagues who could do that part.

41. Mr. Cuellar use online tools to write emails and documents, like Google Translate, WordReference.com, and Linguee.com. Mr. Cuellar tries to write in the best and most formal way possible he can, especially out of respect for those he addresses.

42. Plaintiff Mr. Cuellar has always stated -verbally and in writing, that he has no major problems writing, reading and even speaking in English, and that he can hold conversations one-to-one, and even in small groups where it is spoken in order, and that his big problem with the English language is listening / understanding due to fast pronunciation, some unintelligible accents for Mr. Cuellar, and while participating in groups, mainly large groups.

43. On the other hand, Mr. Cuellar has always stated his willingness to learn well the English language, and for many years he has let USWW know that.

44. As Mr. Cuellar said above, SEIU-USWW has never gone beyond that say they will allow Mr. Cuellar to take the English classes he needs, but in the practice, they have never allowed time for that, not even when he has given SEIU-USWW meticulous and very detailed information on the possible classes, USWW has never taken the effective step of authorizing him time to take the English classes he need.

45. For example, please see Exhibit 3, an emails chain dated from April 30, 2013 thru June 25, 2013 - 5 pages) titled "I want to improve the performance of my working duties as an Organizer. I need to improve my skills in the English Language."

46. Plaintiff Mr. Cuellar has never even asked Defendant SEIU-USWW to pay for his English classes, and he has emphasized his availability to work alternate hours within the 24 hours a day, 7 days a week, considering his job classification as salaried employee (page 2 of Exhibit 3), but he also asked to SEIU-USWW authorize Mr. Cuellar his own vacation, personal or compensatory accrued time to take English classes (please see Exhibit 4 – 1 page) and it has never been authorized.

47. In sum, USWW has never offered Mr. Cuellar at least one real opportunity to take English classes, unlike others to whom USWW has given that chance: "In the past we have also worked with staff to allow them to take English classes." as stated by Mr. Vu in his email dated July 8, 2020 (Please see Exhibit 5 – 1 page).

48. There are more examples of -ignored or denied, Mr. Cuellar's requests to take English Classes.

49. This discrimination against Mr. Cuellar for Language has not been new. See for example what Mr. Michael Brown, Lead Organizer wrote to Mr. Cuellar in Feb. 8, 2016:"You can not and will not speak Spanish in the middle of the meeting to only Rosa." "You will respect me !!!" like

yelling at me. Please see page two of Exhibit 6 (emails' chain dated
Feb. 8, 2016 - 2 pages).

50. Everyone knows that in meetings Mr. Cuellar constantly ask a Spanish-
speaking to any coworker about what they are saying in English, since
Mr. Cuellar started working at SEIU-USWW.

51. On this occasion, my immediate supervisor, Mr. Anton Farmby, Vice
President of SEIU-USWW, who is of the African-American race, also
did nothing to stop the abuse of Mr. Mike Brown, also of the African-
American race, and preferred to summon us to speak and handle the
matter with a low profile, making sure that Mr. Cuellar did not file
another complaint of racial discrimination.

**RACE DISCRIMINATION WHILE WORKING WITH DEFENDANT
ANTON FARMBY**

52. Mr. Cuellar has no racial prejudices and, on the contrary, prides himself on
having several African-Colombians in his family in Colombia. But this was
not enough to gain the appreciation of his peers in the Security Division,
where African-Americans predominated, not only as Union staff, but almost
all the leader members in this Division, as well as Defendant Anton
Farmby, who is also African-American.

53. Yes, Mr. Cuellar suffered severe racial discrimination -for several years, by
African-American co-workers, who developed a totally hostile work
environment against him. Mr. Cuellar filed several complaints and
Defendant SEIU-USWW, and his immediate supervisor, Defendant Mr.
Anton Farmby, did nothing but ignore all the complaints that Mr. Cuellar
filed to him. That permissive behavior of Mr. Farmby granted strength to
the harassers, and their behavior towards Mr. Cuellar was as if they felt
completely free to harass Mr. Cuellar with impunity.

54. Please see Exhibit 7 (1 page): an email dated Jul. 30, 2015 that Mr. Cuellar, desperately named "A plea for Help" and sent to his immediate supervisor, Defendant Anton Farmby, complaining against Denise Grant, Maia Rivera, and Mike Brown, all of them African-American. Results? The same: Mr. Anton never investigated Mr. Cuellar's complaints against the African-Americans who were permanently harassing him.

55. Please see the Exhibit 8 (1 page): email dated Oct 5, 2016 filing again serious complaints of abuse and discrimination from African-Americans staff who permanently harassed Mr. Cuellar. The same: Defendant Mr. Anton Farmby never investigated Mr. Cuellar's complaints.

56. Please see Exhibit 9 (1 page) email dated Sep. 14, 2013, and Exhibit 10 (2 pages) email dated Oct. 9, 2013): complaints from Mr. Cuellar denouncing harassment and hostile work environment from Maia Rivera, also African-American. My Team Lead, Juan Flores talked with our immediate supervisor, Defendant Anton Farmby, who never investigated Mr. Cuellar's complaints, and instead ended up being disciplinarily investigated by Mr. Anton Farmby.

57. Mr. Cuellar have asked SEIU-USWW for help several times and have not received it, as for example please see Exhibit 11, email dated Sep. 13, 2012 (2 pages) "Psychological Labor Harassment - Please help me" email to Alejandra Valles, former Vice-President, and current Secretary-Treasurer of SEIU-USWW. Mr. Cuellar never knew what happened to that plea for help, and instead the harassment continued.

58. Also, in the same email, please see Exhibit 11, Mr. Cuellar denounced a new labor persecution attack from Andrew Gross-Gaitan, using his current Coordinator, Mr. Ernesto Guerrero, to trying to discipline Mr. Cuellar again, and denouncing the consequences of that labor harassment on his health, and working conditions.

59. Mr. Cuellar never didn't hear nothing about investigating his complaints.

**BSSU, THE UNION OF THE SEIU-USWW's EMPLOYEES**

60. Yes, we, the employees of the SEIU-USWW Union, have our own Union, the Building Services Staff Union, BSSU, because internally we face a worker-management relationship not different from that of the workers of the companies or corporations where we perform our job duties of union organization of workers for SEIU- USWW.

61. SEIU-USWW is a Union buster employer: SEIU-USWW is always trying to subtle manipulate BSSU, and permanently use anti-union techniques to disempower, subvert or destroy BSSU.

62. Most of BSSU's Presidents, and many other directors of BSSU, have ended up being managers of SEIU-USWW, and their knowledge and skills used against BSSU, as in the present with Talia Reyes, former President of BSSU and now Human Resources Director of SEIU-USWW and member of the SEIU-USWW Negotiating Commission of the new CBA (Collective Bargaining Agreement), positions from which she has exercised an aggressive and anti-union performance against BSSU.

63. Since the end of 2015 and the beginning of 2016, Defendant SEIU-USWW had managed to subdue BSSU, whose directors were inclined towards SEIU-USWW, and managed to reach a Tentative Agreement to modify the CBA between SEIU-USWW and BSSU, in which they wanted to change many things in favor of SEIU-USWW and harmed workers' rights achieved in previous negotiations.

64. Mr. Cuellar led a blitz campaign to Vote NO to the Ratification, which was successful, and that Tentative Agreement was not ratified. Because of that, almost all the BSSU directors resigned and BSSU was headless for a short time. Nobody wanted to be a BSSU director, and everything indicated that BSSU was going to disappear. Mr. Cuellar led another blitz campaign to

elect new BSSU officers and he ended up being elected President of BSSU
and subsequently negotiating a fair CBA with SEIU-USWW. Since then,
BSSU took on new strength and activism and has been electing new officers.
Mr. Cuellar was President of BSSU for just over a year, but it was enough to
regain respect and dignity for BSSU… but also to deepen the persecution
and workplace harassment by the SEIU-USWW against him.

**DISCRIMINATION ON THE PART OF MR. SANJAY GARLA AND MR.
VU NGUYEN.**

65. This latest attack of labor harassment was led by Mr. Cuellar's two
immediate supervisors on duty (Yes, Mr. Cuellar has two immediate
Supervisors!): Defendant Mr. Sanjay Garla, and Defendant Mr. Vu
Nguyen.

66. The fact which Plaintiff Mr. Cuellar remember as main -not the initial,
was carried out by Mr. Sanjay Garla, during a meeting -which was
most likely in February or March, 2020. Despite the name of that
meeting, all California Security Division and/or External staff were in
attendance.

67. Some of the attendees: Juan Carlos Cristales, Dani Juarez, Evan Bell,
Matt Morris, Matthew Gracia, Malcolm Harris, Valentina Dabos,
Brenda Holguin, Aylinne Rodriguez, Lety Velez, Dolores Rivera,
Miguel Lopez, Natalie Schuman, and Daisy Tito.

68. At that time almost nothing was publicly known about Coronavirus 19,
much less that it would become a pandemic, but Mr. Cuellar, who
always suffers from at least one long flu episode every year, had been
fighting an extraordinarily strong one since end of October 2019, and
he has always used a mask when he has strong flu symptoms; Mr.
Cuellar attended that meeting with a mask covering mouth and nose.

69. After a short intervention of Mr. Cuellar, Mr. Sanjay made a comment that Mr. Cuellar did not understand well due to his language barriers, about the mask and it was funny, mocking - because of the hilarious reaction of the attendees, to which Plaintiff responded, addressing all the attendees, that he had some cough and sneeze and -if they preferred, he removes his mask. Several attendees, at the same time said something like "No, Emiro, thanks for using it."

70. The mocking comment of Mr. Sanjay towards Mr. Cuellar, was simply part of Mr. Sanjay rivalry and oppressive attitude against Plaintiff, facing Mr. Cuellar's criticism about some aspects of Mr. Sanjay management and some of his proposals that Mr. Cuellar have always considered that he seeks only his personal limelight, regardless of the Organization's fate and membership's dues.

71. A little later Juan Carlos Cristales told Mr. Cuellar that Mr. Sanjay had made those same mocking comments in the cafeteria when several had coffee and bread during a break.

72. Management behavior and persecution against Mr. Cuellar have been, in large part, retaliation to his public and open criticism and opposition to the abuse of the managers against the Staff and / or their attempts to undermine our CBA, and -in this case, specifically to Mr. Sanjay Garla and Ms. Talia Reyes on April 4-9, 2021, as is evident in the Exhibit 12 (Emails' chain of April 4-9, 2020 - 4 pages), among many other occasions.

73. Mr. Cuellar have been doing Weekly Work Plans (planning next week) long before starting at this Local Union, for example at Local 615 in Boston and for SEIU International Union; this is nothing new to. Mr. Cuellar have even taught new Organizers how to do them. (Exhibit 13,

email dated Jan 10, 2010 (1 page), and email dated July 7, 2021 (1 page) - 2 pages in total).

74. On the other hand, there has been LABOR HARASSMENT through micromanagement, and special and exhaustive controls against Mr. Cuellar, based on a rule apparently made for everyone, but used only against Mr. Cuellar.

75. After Mr. Cuellar asked Mr. Nguyen what format of Weekly Work Plan he would like Mr. Cuellar submit, on April 24, 2020 he finally sent Mr. Cuellar a format (Exhibit 14, email dated Apr. 24, 2020 and its annex, 4 pages in total).

76. As you can see, in that format/example that Mr. Nguyen sent to me, that Plan's style performs an extremely micromanagement, wanting to exercise control of each hour of the day, including until what time you are going to take lunch!

77. In a conversation in which Mr. Cuellar asked to Mr. Nguyen to talk about this format, Mr. Cuellar explained that this type of Work Plan, detailed in the day and in the hours, including even lunchtime, is micromanagement and ignore the nature of our job classification, since we, the Union Organizers working at the field, are not workers with fixed daily hours and fixed days in the week, but we are exempt salaried workers, without fixed hours within 24 hours a day, nor fixed days within 7 days a week.

78. Managers at SEIU-USWW do not allow being criticized or controverted and they end up engaging in retaliatory behavior.

79. See, for example, what happened at that period, because of a very hostile work environment caused by Mr. Nguyen:

80. Please see Exhibit No. 154 (Emails' chain from Jul. 6 thru Jul 8, 2020 – 8 pages):

-      EMIRO on Jul. 6, 2021 at 8:19 PM. As was customary on
Mondays Mr. Cuellar sent his Weekly Work Plan to Mr. Nguyen.

-      MR. VU NGUYEN on Jul. 6, 2020 at 9:54 PM (hour and a half
later) wrote to Mr. Cuellar: "At the end of the week I'm going to check
in the progress of your plan, if you reach your goals." In the midst of
the hostile work environment, anyone takes this as a serious warning (a
threat).

-      EMIRO on July 7, 2020 at 10:09 AM (the next day): Mr. Cuellar
requested him not to ignore the questions asked to correctly do his
Weekly Work Plan, and Mr. Cuellar asked for an answer to the question
"is this sudden supervision only for me or is it a general measure for all
members of the team?"
Previously, Mr. Cuellar personally asked that to each of his coworkers,
and all of them told Mr. Cuellar they were not subject to this type of
follow-up to them.

-      MR. VU NGUYEN on July 7, 2020 at 11:11 AM wrote ONLY to
Mr. Cuellar: "All Organizers are required to turn in work plans weekly
on Mondays. [....] Your work plans consistently lack specific goals and
purpose. {...} The facts that you have challenges writing your work
plans tells me that you have challenges of doing the basic work of an
Organizer at USWW. I am quite concerned about that." (*sic*) This also
sounded as another serious warning (another threat).

-      MR. VU NGUYEN on July 7, 2020 at 8:38 PM, again wrote only
to Mr. Cuellar: "When can I expect your revised work plan?"

-      EMIRO on JULY 7, 2020 at 11:49 PM: Mr. Cuellar was desperate
and helpless in the face of Mr. Nguyen's labor harassment: "Is that all
you have to write to me? Harass me more?" […] "... you insist in
ignoring my questions, concerns, and opinions, and that is a poor way

to develop staff." […] "The questions that I am asking to you and the
information that I am requesting to you, refers to a new format that
yourself gave me to do the WEEKLY WORK PLAN, which although it
is very similar to the one that we normally use throughout the USWW
and previously in Local 1877, does have some additional, different
windows, that only its creator can understand and know its purpose. I
assume that you are the author of that modified version of the
WEEKLY WORK PLAN."

-       "Suddenly, for a few days now, more exactly since Thursday July
2, 2020, you have been showing changes in the way you carry out your
supervision, your direction, becoming more demanding and asking for
too much details in the WEEKLY WORK PLAN, especially. And
now, you announce to me that "At the end of the week I'm going to
check in the progress of your plan, if you reached of your goals."
Sounds like a menace, a warning."

-       "… do you intend to use WEEKLY WORK PLAN and its strict
compliance as a disciplinary argument against me?"

-       "The way in which you have been supervising, or directing the
performance of the staff, according to what I have discussed with some
of my colleagues, is an archaic and unhealthy form of management:
micromanagement, which easily leads to bullying considering your
working superior position over us, which ends up being labor
harassment. Worse yet, you are not doing it the same for everyone."

-       "You are discriminating against me? Why?" "I openly protest
your impositions, because I feel constrained, forced, threatened
by you to do things the way you want them to be done, your way."

-       "… my WEEKLY WORK PLAN always contain specific goals
and purpose; It is not true what you say about "Your work plans

consistently lack specific goals and purpose." Please show me a WEEKLY WORK PLAN of mine that lacks that. Also, if that were so, why did you not point it out the first time and offered me your support, as appropriate?

-      "I look forward to hearing from you about my questions and concerns. Stop your labor harassment."

81. On June 24, 2020 we had an "External Team Meeting" by Zoom in which Mr. Vu Nguyen, Juan Carlos Cristales (Team Lead), Daniel Juarez, Dolores Rivera, Miguel Lopez, and Mr. Cuellar participated.

-      In that virtual meeting, Mr. Vu would not let Mr. Cuellar speak calmly, he interrupted him a lot and on one occasion he made a humorous, mocking comment about Mr. Cuellar accent speaking English, which caused a slight laugh from the attendees; Juan Carlos Cristales joined Mr. Nguyen and made another funny comment that Mr. Cuellar didn't understand either. Later, that same day, Juan Carlos Cristales, when asked, confirmed that Vu had made a funny comment about Mr. Cuellar accent in English and that he, Juan Carlos, had also said something additional. Mr. Juan Carlos apologized for his part.

82. That sad event, added to the bad work environment that Mr. Vu permanently developed against Mr. Cuellar, led Mr. Cuellar to take the rest of that day,  email Wednesday June 24, 2020 as Sick Day (Exhibit 16 – 2 pages) and his medical service placed Mr. Cuellar out of work on Thursday 24 and on Friday June 25, 2020.

83. Exhibit 17 (4 pages). On April 8, 2021 Mr. Cuellar responded to an email to Mr. Vu Nguyen, with a copy for Talia, Anton, and Sanjay Garla, among others, entitled "Re: Grievance on Behalf Grievance on Behalf of Emiro Cuellar Regarding Violation of Section 19 (Discharge

and Discipline ) "(sic). (Exhibit 17) In that email Mr. Cuellar clearly told them the following:

-       "I stated that due to the long and intermittent USWW labor harassment against me -since September 2010, I have had to accept to my doctors to use (psychiatric) medicines for the nerves, to which I have had to increase their dose in peak epochs produced exclusively by this cruel... disproportionate labor harassment, as from last year, 2020. Since 2010 I have not stopped taking those medicines, due to USWW's ongoing, intermittent, labor harassment, which have brought me several and awful secondary effects, and been obliged to take around 10 to 14 medicines. Daily."

-       "It is clear Talia and USWW don't care about my health. She made no comments or references at all."

-       "I told her that -as a result of those medicines, in those meetings that she says that I was not cooperative, I was not feeling well; I was affected by those medicines, sleepy and tired, and I told her that I had also lost faith in her, because for a long time she has been talking to me and giving me answers like any other manager, indolent and cruel. I told her that I would not insist on continuing with my complaints of discrimination and/or retaliation within the USWW because I could not find guarantees of justice, impartiality and due process (for example the wretched and desecrated "progressive discipline")."

-       "I think that left Talia worried, who does not care about my health, and most likely after consulting with her superiors -who also do not care about my health, and I think that also highly probably they consulted with USWW lawyers. Since then, Talia is always asking me for information about the complaints that I have previously submitted, and she and Vu Nguyen are cuttingly looking for answers in me that

favor their probable -but mysterious, "investigations" in which I believe that what she seek is ONLY to protect, at all costs (including my health), the USWW's interests and those of some managers who, for several years, did not respond to my complaints in time."

84. To sum it up, Mr. Cuellar long ago lost faith in Ms. Talia Reyes, at least with respect to me. How can Mr. Cuellar trust her if she knows the strong and cruel labor harassment that Mr. Cuellar subjected to for many years, and she never did anything to help him?

- When Talia Reyes was President of BSSU, the SEIU-USWW Staff Union, at least twice -in the years 2012 and 2013, Mr. Cuellar sent to her emails informing about that ... and she never did anything, not even a few words of support. See, for example, Exhibit No. 11, page 2.

- Why trust her if now, after having been President of BSSU, she went to the other shore as Manager (which is not reprehensible), but yes it is than from her high position as Director of Human Resources she has dedicated herself -among other things, to desperately seek all my complaints to carry out mysterious investigations only to acquits the managers involved of all blame and to see how she can help undermine the CBA that she once defended from this shore as Staff?

- That was the reason for telling Talia Reyes and SEIU-USWW that Mr. Cuellar would not insist on my complaints before them.

- Why SEIU-USWW did not promptly investigate my complaints? Why would Mr. Cuellar have to do her homework?

85. Also, in that email Mr. Cuellar responded to ALL of Mr. Vu Nguyen's false statements and dishonest inaccuracies in his previous email dated April 8, 2021. (Exhibit 17, page 2)

86. Exhibit 18: July 8, 2020 (1 page) at 12:34 pm; email sent to Mr. Vu Nguyen, cc'ing to Mr. David Huerta, President of SEIU-USWW, Anton

Farmby, and Juan Carlos Cristales, among others; titled "Report of yesterday's work and a question: Why Are You Discriminating against Me?"

Excerpts from my email:

-        "Dear Vu, Please help me with the following: I would like to understand why you interrupted me several times at the meeting today and you did not give me the opportunity to complete my results report (which, by the way, you are requesting for the first time), as did you give it to others?"

"Why didn't you let me give you a full answer to your questions?"

"Why only ask me for a written report?"

"Why do you laugh when I give you answers?"

"Why are you discriminating against me? It is for my color, my national origin or on account of my age?"

87. Exhibit 19: July 8, 2020 at 12:58 PM; email sent to Mr. Vu Nguyen, cc'ing to Mr. David Huerta, President of SEIU-USWW, Anton Farmby, Talia Reyes and Juan Carlos Cristales, among others; replying to his email titled "Meeting to clarify LA County Campaign plans and your assignments"

Excerpts of my email:

-        "you are discriminating against me because of my language barriers because of my national origin"

Exhibit 20: July 8, 2020 4:50 PM – from Mr. Vu sends me an email with the sumptuous title "Response to complaints of discrimination", but that title has nothing to do with the development of that meeting : None kind of discrimination issue, was mentioned during the entire meeting.

Mr. Vu contradicts himself in that email, and in the email's body
reveals the actual content of that meeting: "Today's meeting was
scheduled in response to your request for clarification on the
Campaign."

- Mr. Cuellar was invited short hours before to the meeting, on the
same day, and was forced by Mr. Vu to attend. Also, attended Mr.
Anton Farmby, Vice President and Director of Staff. Mr. Cuellar felt
like it was an ambush meeting.

- On July 8, 2020, Mr. Cuellar displayed a protest sign during a
Zoom Meeting which literally read "Mr. Vu Nguyen Stop Bullying,
Micromanaging, Harassing, the Staff. Use your power to develop, not
for bullying your staff."

- No one was negatively affected by my sign, nor did they
comment anything.

88. Exhibit 21 Emiro's Grievance by Email on Jan.11, 2021 7:24 pm (6
pages) In this email, Mr. Cuellar's arguments against the unfair
discipline are in black font; the text in red font are the false accusations
made by Mr. Vu Nguyen.

89. Against the arguments on which SEIU-USWW was based to give Mr.
Cuellar the discipline of March 16, 2021, the Final Warning, please see
the written testimonies of Daniel Ortiz (Exhibit 22 – 1 page), David
Mejia (Exhibit 23 – 1 page), Erica Capp (Exhibit 24 – 2 pages), and
Juan Carlos Cristales (Exhibit 25 – 3 pages), who totally contradict
what was said by Mr. Vu. They were the other attendees at the March 9
and March 10, 2021 meetings mentioned by Mr. Vu.

**INSTEAD OF THE HOSTILE JOB ENVIRONMENT, EMIRO CUELLAR
HAS A LONG HISTORY OF POSITIVE PERFORMANCE.**

90.  Plaintiff Mr. Emiro Cuellar is a vibrant fifty-nine years-old, who together with his wife, ran a household and raised their three kids in Boston, Massachusetts, and moved  to Los Angeles, California, to work with SEIU-USWW, while their two older kids were serving in the ARMY.

91. Through Mr. Cuellar's employment with SEIU-USWW, even during the hard times of workplace harassment and persecution, he has demonstrated with deeds his excellent results, which have NEVER been recognized in public, as SEIU-USWW's managers usually did with all other organizers, in public, during all-staff meetings, or through emails. That is DISCRIMINATION and RETALIATION.

92. Please see Exhibit 26 – 2 pages)  Email from Mr. Cuellar to the highest SEIU-USWW' managers Dated Thu, March 11, 2021 at 8:19 PM. Among the excellent results achieved by Mr. Cuéllar, we can highlight the following:

93. On or around 2010, Mr. Cuellar mobilized 25 out of 26 workers! from Whittier College -one of his assignments, to a union march the Union did at Cedars Sinai, as part of Sodexo Campaign.

94. On or around 2010, that workplace, Whittier College, as part of the Sodexo Campaign and one of Mr. Cuellar assignment, was chosen to send a strong leader from the SEIU National Sodexo Campaign to the Action Day in Paris, France.

95. On or around 2010, Whittier College was one of the only (two?) worksites that ended up unionized, when the Sodexo's RICO lawsuit ended the Campaign.

96. On or around 2010, Plaintiff Mr. Cuellar received LACMA -Los Angeles County Museum of Art, another worksite as part of the Sodexo Campaign, from a level Zero of Union organizing, and transitioned to the new

Organizer with 15 signed Union cards and 3 strong leaders, from whose at least one still is among the Union Leadership rank and file.

97. On or around 2010, Mr. Cuellar received Cedars Sinai -another worksite of the Sodexo Campaign, in very bad Union organizational conditions: the Union had just names and phone numbers, and the workers were rebelled against USWW. Very soon after, Mr. Cuellar made a transition to the new Organizer with a lot of organizational information and 2 or 3 leaders, and several activists. That worksite, Cedars Sinai, was the other workplace of the only (two?) that ended up unionized at the end of the Sodexo Campaign.

98. From on or around 2010 through on or around August 2012, Mr. Cuellar was assigned to work on the "Good Jobs LA" Community Campaign, where he became Team Lead for several new community volunteers and even developed and served as a instructor for volunteers, training several new organizers in that Community Campaign and who are now working as Union Organizers in various SEIU locals (branches), as SEIU-USWW, and SEIU-UHW (SEIU-United Healthcare Workers).

99. On or around 2012, Mr. Cuellar was sent by Ms. Alejandra Valles, Vice-President of the Union, to rescue the G2 workers at LAX, because they were very rebellious against their two Union Representatives, and against the Union, and many of them in the field were already talking about decertification. Mr. Cuellar was there only for a month, and: he redirected all the rebel workers again in favor of the Union, he re-established the leadership, he spoke well of his fellow Union co-workers and vindicated them and their work, and the Union. With a large group of workers, and both Union Representatives, Mr. Cuellar and both vindicated Union representatives won dignity, respect and recognizing from the employer. Mr. Cuellar left the site at a high level of Union organization just in a

1   month's period, with the full support of directors at that time, especially

2   President Mike Garcia (RIP), and Vice-President Alejandra Valles.

3   100.    From around September 2012 through November 2012, Mr. Cuellar

4   was deployed to Las Vegas Nevada to work in the Political Campaign to re-

5   elect Obama in 2012. Mr. Cuellar  performed as regular Organizer, but as

6   well as Team Lead of several Organizers during that successful Campaign.

7   101.    On November 2012, Mr. Cuellar was assigned to work in the SEIU-

8   USWW Security Division, under direct supervision and report to Defendant

9   Anton Farmby, Union's Vice-President and Director of that Division. There

10   was not a Coordinator between Mr. Farmby and Mr. Cuellar, who worked

11   in that Security Division until around February 2020.

12   -    Mr. Cuellar, during that more than seven (7) 8 years long tenure in LA

13   County Security Campaign, signed Union card majorities at least three

14   times at both companies, Securitas, and Allied Universal (former Allied

15   Barton, and North American Security). We achieved in March 2019 the

16   official NLRB check card count / recognition at Allied Universal Security.

17   It was Mr. Cuellar's assignment.

18   102.    On March 11, 2021 25 workers attended a very important meeting -

19   LA County 3 Industries Big Meeting, 11 were mobilized by Mr. Cuellar.

20   There were 7 organizers moving the turnout.

21   103.    In October 2021, Mr. Cuellar was assigned to a "very difficult" (as

22   per Juan Carlos Cristales, External Team Lead, who gave the assignment)

23   Campaign to sign Union representation cards from the 434 PRIDE

24   Industries' workers. Mr. Cuellar collected 370 signed Union cards in little

25   more than one month period, and the company guaranteed the total of the

26   signed Union Cards, 434, which represents around $305.280.oo annually in

27   Union Dues.

28

104.     On Wednesday, February 16, 2022, during a Zoom Meeting to
endorse candidates for the election of Supervisor at Third District of the
Los Angeles County Board of Supervisors, Mr. Cuellar mobilized eight (8)
workers from a turnout goal of 15 workers for the whole (seven Organizers)
Team. And that has been occurred at the very vast part of the actions of the
Team.

105.     Mr. Cuellar have NEVER received a public recognition from SEIU-
USWW, neither during an all-staff meetings, nor through management
emails for all staff, as has been done for others. Even in most many times,
nor even in private, only to me.

106.     Meanwhile, what Mr. Cuellar have been receiving is an exaggerated
number of disciplinary investigations and disciplines, year through year, as
part of a cruel labor persecution.

## ANNUAL EVALUATIONS, EMPLOYEE INDIVIDUAL DEVELOPMENT PLAN AND PROMOTION TO THE NEXT JOB CLASSIFICATION AND NEXT SALARY LEVEL.

107.     In the Collective Bargaining Agreement, CBA, between SEIU-
USWW, as employer, and BSSU, the union of its employees, a standard has
been established that creates a STAFF DEVELOPMENT AND
EMPLOYEE TRAINING to "... implement and institutionalize individual
staff development plans and annual evaluations that help the employee
become more effective in their field and to advance in their professional
leadership skills, job categories, and classification grades." [...] "... The
Employer shall ensure that every employee has a staff development plan that
is drafted or revised on an annual basis."

108.     There are three Salaried Classifications: Grade I, Grade II, and Senior
Classification, each of them with Step 1, 2, and 3.

109.     For example, Mr. Cuellar is an External Organizer, Grade II, Step 3.

110.     Based on the above-mentioned CBA, *supra* at ¶ 107, and previous Successful Evaluation, the employee automatically goes to the next level; but this works until Grade II, Step 3... Mr. Cuellar's current Grade and Step, which he achieved in or around 2015.

111.     To go from there to "Senior, Step 1",  a previous successful Evaluation is needed, but also "when there is a need for the Employee to perform at least one of the Senior duties." In fact, Mr. Cuellar has always been performed at least one of the duties of a Senior Organizer.

112.     An Evaluation is considered unsuccessful if at least a number 1 rating ("Need a major improvement") is received in any of the evaluated matters.

113.     Mr. Cuellar has not been evaluated every year – the Union has not fulfilled that CBA's obligation, but all the evaluations he has being made has been successful; however, he only obtained automatic promotions until the current Grade II Step 3, in or around year 2015 and, since then, despite his successful annual evaluations, he has been *de facto* denied any other promotion, always questioning his performance due to his barriers in the English language, although it is not strictly necessary.

114.     On the other hand, SEIU-USWW has never implemented an Individual Development Plan for Mr. Cuellar, despite having evaluated him on some factors with number 2 rating "Needs Some Improvement" (*inter alia* -always, the Language "Communication skills") and the several requests of Mr. Cuellar in that regard.

115.     In fact, what SEIU-USWW has practiced against Mr. Cuellar is Discrimination not only because of his English language barriers (National Origin Discrimination), but also as retaliation for all the complaints he has filed, to deny him promotions and job benefits for more than six (6) years.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

## DISCRIMINATION FOR RACE

**[Cal. Gov. Code §§12900 - 12996 & Title VII - Discrimination Based on Race Prohibited – Against SEIU-USWW, Anton Farmby, and Does 1 to 7.]**

116.     Plaintiff incorporates herein by reference all of the foregoing facts and allegations of this complaint as though fully set forth herein.

117.     Plaintiff Emiro Cuellar was discriminated against and harassed based on his race. As detailed *supra* at ¶ 51, Mr. Cuellar never was noticed by Defendant Anton Farmby about any formal disciplinary investigation against his (Mr. Anton Farmby's same African-American race) aggressor, Mr. Michael Brown, establishing impunity before the abuses, humiliation and mocking treatment inflicted to Mr. Cuellar.

118.     Also, Plaintiff Emiro Cuellar was discriminated against and harassed based on his race. As detailed  supra at ¶¶ 52-59, Defendant Anton Farmby failed to act formally by disciplinary investigation against his (Mr. Anton Farmby's same African-American race) aggressors, Ms. Maia Rivera, and Ms. Denisse Grant, allowing  impunity before the continued abuses, humiliation and mocking treatment inflicted to Mr. Cuellar.

119.     As a direct and approximate result of Defendants' unlawful conduct, Plaintiff has suffered and will continue suffer pain and suffering; anxiety; embarrassment; humiliation; loss of self-esteem; depression; severe mental anguish and emotional distress; loss of earnings and other employment benefits. Plaintiff is therefore entitled to general and compensatory damages in an amount according to proof at trial.

120.     The conduct of Defendant and/or its agents/employees, as described herein, was malicious and oppressive and done with a willful and conscious disregard for Plaintiff's rights entitling Plaintiff to an award of punitive damages from the Defendant.

## SECOND CAUSE OF ACTION

# DISCRIMINATION FOR NATIONAL ORIGIN-LANGUAGE

**[Cal. Gov. Code §§12900 – 12996; 29 CFR §1606.1 - Against SEIU-USWW, David Huerta, Anton Farmby, Sanjay Garla, Vu Nguyen, and Does 1 to 7.]**

121.    Plaintiff incorporates herein by reference all of the foregoing facts and allegations of this complaint as though fully set forth herein.

122.    Mr. Cuellar was discriminated because National Origin/Language, as detailed *supra* at ¶¶ 49-51 because explicitly, and in writing, he was ordered to speak only English during meetings; he made a complaint before Mr. Anton Farmby, and he did not reverse that order given to Mr. Cuellar from Mr. Michael Brown, one of his Team Leads.

123.    Mr. Cuellar was discriminated because National Origin/Language, as detailed *supra* at ¶¶ 39-50; ¶81, ¶113 and ¶115 because his language barriers and the lack of support from Defendant SEIU-USWW to improve his language difficulties.

124.    Mr. Cuellar was treated differently because of his native language and his English Language barriers, such as disparate treatment and adverse impact.

125.    Language discrimination is a kind of discrimination based on national origin, which is prohibited by federal and California law, and for Mr. Cuellar, National Origin refers to Colombia, his native country, and his national origin's language: Spanish.

126.    Mr. Cuellar has been continuingly denied job promotion for around consecutive sis (6) years, mostly because he is not proficient and/or fluent in English Language.

127.    As a direct and approximate result of Defendants' unlawful conduct, Plaintiff has suffered and will continue to suffer pain and suffering; anxiety; embarrassment; humiliation; loss of self-esteem; depression; severe mental anguish and emotional distress; loss of earnings and other employment

benefits. Plaintiff is therefore entitled to general and compensatory damages in an amount according to proof at trial.

128.    The conduct of Defendant and/or its agents/employees, as described herein, was malicious and oppressive and done with a willful and conscious disregard for Plaintiff's rights entitling Plaintiff to an award of punitive damages from Defendant.

### THIRD CAUSE OF ACTION

### DISCRIMINATION FOR DENYING EMPLOYMENT OPPORTUNITIES

### 42 U.S.C. Ch. 21 Civil Rights Sub Ch. VI Equal Employment Opportunities

### [Against SEIU-USWW, Anton Farmby, Sanjay Garla, Vu Nguyen, and Does 1 to 7.

129.    Plaintiff incorporates herein by reference all of the foregoing facts and allegations of this complaint as though fully set forth herein.

130.    Mr. Cuellar has been continuingly denied job promotion and related employment benefits for around consecutive six (6) years, as detailed supra ¶¶ 107-115 by not being evaluated, or by ignoring the successful evaluations that he has achieved, as a kind of retaliation and under the pretext of not being proficient and/or fluent in English Language, even not being strictly necessary.

131.    As a direct and approximate result of Defendants' unlawful conduct, Plaintiff has suffered and will continue to suffer pain and suffering; anxiety; embarrassment; humiliation; loss of self-esteem; depression; severe mental anguish and emotional distress; loss of earnings and other employment benefits. Plaintiff is therefore entitled to general and compensatory damages in an amount according to proof at trial.

132.    The conduct of Defendant and/or its agents/employees, as described herein, was malicious and oppressive and done with a willful and conscious

1    disregard for Plaintiff's rights entitling Plaintiff to an award of punitive
2    damages from Defendant.

**FOURTH CAUSE OF ACTION**

**DISCRIMINATION FOR AGE**

**[29 U.S.C. Ch. 14 Age Discrimination in Employment §§621-634 Against**
**SEIU-USWW, Andrew Gross-Gaitan, and Does 1 to 7.]**

7    133.    Plaintiff incorporates herein by reference all of the foregoing facts and
8    allegations of this complaint as though fully set forth herein.

9    134.    Plaintiff Emiro Cuellar while an employee at SEIU-USWW, was
10    discriminated against and harassed based on his age by Defendant Andrew
11    Gross-Gaitan, as detailed *supra* at ¶¶ 22-32 and ¶¶ 34-38 and was retaliated
12    against after filing complaints about that harassment and discrimination.

13    135.    As a direct and approximate result of the Defendants' unlawful
14    conduct, Plaintiff has suffered  and will continue to suffer pain and
15    suffering; anxiety; embarrassment; humiliation; loss of self -esteem;
16    depression; severe mental anguish and emotional distress; loss of earnings
17    and other employment benefits. Plaintiff is therefore entitled to general and
18    compensatory damages in an amount according to proof at trial.

19    136.    The conduct of Defendant and/or its agents/employees, as described
20    herein, was malicious and oppressive and done with a willful and conscious
21    disregard for plaintiff's rights entitling Plaintiff to an award of punitive
22    damages from Defendant.

**FIFTH CAUSE OF ACTION**

**RETALIATION FOR COMPLAINING ABOUT DISCRIMINATION AND**
**HARASSMENT**

**[Cal. Gov. Code §§12900 - 12996 and TITLE VII 42 UCS §2000e et seq.**
**Against SEIU-USWW, Anton Farmby, Sanjay Garla, Vu Nguyen, and Does 1**
**to 7.]**

137.    Plaintiff incorporates herein by reference all of the foregoing facts and
allegations of this complaint as though fully set forth herein.

138.    Mr. Cuellar has been retaliated -for complaining, for a very long and
ongoing time, as detailed supra at ¶¶ 22-32, 34-38, 72, 83, 91, 115 and 130;
he has been subject to materially adverse employment actions by his
employer because he lodged complaints on Race, Age, National Origin, and
employer's Retaliations. SEIU-USWW's actions to constantly investigating,
disciplined, and discriminate Mr. Cuellar to achieve deserved promotions,
were so severe that Mr. Cuellar was dissuaded from making complaints, or
continue others already filed, because unfortunate consequences to his
mental health, and several secondary effects of the psychiatric medicine to
control depression and anxiety.

139.    As a direct and approximate result of Defendants' unlawful conduct,
Plaintiff has suffered and will continue to suffer pain and suffering; anxiety;
embarrassment; humiliation; loss of self-esteem; depression; severe mental
anguish and emotional distress; loss of earnings and other employment
benefits. Plaintiff is therefore entitled to general and compensatory damages
in an amount according to proof at trial.

140.    The conduct of Defendant and/or its agents/employees , as described
herein was malicious and oppressive and done with a willful and conscious
disregard for Plaintiff's rights entitling Plaintiff to an award of punitive
damages from Defendant.

## SIXTH CAUSE OF ACTION

## FAILURE TO PREVENT HARASSMENT AND RETALIATION

**[Violation of Cal. Gov. Code §§ 12940 (j) and (k) Against SEIU-USWW,**

**David Huerta, Anton Farmby, and Does 1 to 7.]**

141.    Plaintiff incorporates herein by reference all of the foregoing facts and
allegations of this complaint as though fully set forth herein.

142.    Mr. Cuellar, at different times, as detailed -for example, supra at ¶¶ 54, 57, 86 , 87 has notified, informed, requested intervention, pleaded, and even begged, to different SEIU-USWW highest managers like David Huerta, President of the Union, Talia Reyes, Director of Human Resources, Anton Farmby and Juan Carlos Cristales, and they have failed to stop or prevent the workplace harassment and retaliations against Mr. Cuellar.

143.    As a direct and approximate result of Defendants' unlawful conduct, and failure to prevent discrimination, harassment, and retaliation, Plaintiff has suffered and will continue to suffer pain and suffering; anxiety; embarrassment; humiliation; loss of self-esteem; depression; severe mental anguish and emotional distress; loss of earnings and other employment benefits. Plaintiff is therefore entitled to general and compensatory damages in an amount according to proof at trial.

144.    The conduct of Defendant and/or their agents/employees, as described herein, was malicious and oppressive and done with a willful and conscious disregard for Plaintiffs' rights  entitling Plaintiff to an award of punitive damages from Defendant.

## SEVENTH CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### [Against all Defendants and Does 1 to 7.]

145.    Plaintiff incorporates herein by reference all of the foregoing facts and allegations of this complaint as though fully set forth herein.

146.    The conduct of Defendants, and each of them, as alleged above, was outrageous and outside the normal scope of the employment relationships. Defendants, and each of them, knew that their conduct would result in Plaintiff's severe emotional distress, and this conduct was perpetrated by Defendants, and each of them, with the intent to inflict, or with reckless disregard of the probability of inflicting humiliation, mental anguish, and

1   severe emotional distress upon Plaintiff. Such conduct did, in fact, cause

2   Plaintiff severe emotional distress.

3   147.    As a direct and approximate result of Defendants' unlawful and

4   outrageous conduct involving discrimination, harassment and retaliation,

5   plaintiff has suffered and will continue to suffer severe physical and mental

6   distress, humiliation, embarrassment, anxiety, depression, sleeplessness,

7   problems with concentration, loss of earnings, loss of other employment

8   benefits, medical expenses beyond that covered by Employer healthcare

9   Plan, lack of professional opportunities and advancement, and other general

10  damages in an amount to be proven at trial.

## VI. REQUEST FOR REFLIEF

12  WHEREFORE, Plaintiff prays for judgment as follows:

13  148.    For compensatory damages, including lost past and future wages,

14  employee benefits, medical bills, mental and emotional distress, and other

15  special and general damages according to proof but in excess of the

16  jurisdictional threshold of this court;

17  149.    For an award of interest, including prejudgment interest, at the legal

18  rate;

19  150.    For punitive damages in an amount to be proven at trial on all causes

20  of action for which such damages are recoverable;

21  151.    For any other applicable statutory penalties;

22  152.    For such equitable relief as may be appropriate, including injunctive

23  relief;

24  153.    For reasonable attorney's fees pursuant to Government Code

25  §12965(b), California Code of Civil Procedure §1021.5, and all other

26  applicable statutes;

27  154.    For costs of suit incurred herein; and

28

155.    For such other and further relief as this court may deem just and

proper.

## DEMAND FOR JURY TRIAL

1. Plaintiff hereby request a jury trial on all issues raised in this complaint.


                                    Dated: February 28, 2022

                                    Respectfully submitted,

                                    Sign:

                                    Emiro Cuellar – Pro Per Litigant

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Los Angeles Direct Dial: (213) 785-3090
FAX (213) 894-1118
Website: www.eeoc.gov

November 23, 2021

**SENT VIA EEOC Portal**

*Received:
Nov. 29, 2021
Cuellar*

Emiro Cuellar
3622 Vinton Avenue, Apt. 6
Los Angeles, CA 90034

RE:    Emiro Cuellar vs. SEIU-United Service Workers West
EEOC Charge Number: 480-2021-01792

Dear Mr. Cuellar:

The purpose of this letter is to inform you that the Los Angeles District Office of the U.S. Equal
Employment Opportunity Commission (EEOC) has concluded its investigation of the above-referenced
charge of employment discrimination. Under our Priority Charge Handling Procedures, we focus our
limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be
found. EEOC management reviewed the information that you and the Respondent provided; however, it
does not appear that additional investigation will result in the finding of a violation.

The evidence of record indicates that you were disciplined for unprofessional conduct. Your allegations
of harassment as defined by EEOC statutes and or laws cannot be corroborated.

The EEOC will be terminating its investigation into your allegations. We fully understand that the parties
to a charge often have very firm views that the available evidence supports their respective positions, our
final determinations must comport with our interpretations of the available evidence and the laws we
enforce. You will soon receive your Dismissal and Notice of Right to Sue. The Dismissal and Notice of
Right to Sue is final. It will explain your right to pursue the matter in court. If you want to pursue your
charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the
Notice of Right to Sue. If you do not file a lawsuit within the required 90-day period, your right to sue in
the matter will expire and cannot be restored by the EEOC. For questions, please feel free to call me at
213-894-1046.

Sincerely,

*Richie Quinteros*

Richie Quinteros
Federal Investigator

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Emiro Cuellar<br>3622 Vinton Avenue<br>Apt 6<br>Los Angeles, CA 90034 | From: | Los Angeles District Office<br>255 E. Temple St. 4th Floor<br>Los Angeles, CA 90012 |

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **480-2021-01792** | **Richie Quinteros,**<br>**Investigator** | **(213) 785-3046** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
|  | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
|  | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
|  | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| X | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |
|  | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
|  | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Richie Quinteros    Digitally signed by Richie Quinteros
Date: 2021.11.23 10:03:37 -08'00'    For         11/23/2021

Enclosures(s)                                                                                    (Date Issued)

**Christine Park-Gonzalez,**
**Acting District Director**

Received: Nov. 29, 2021
Cuellar

cc:    **Talia Reyes**
**Human Resources Director**
**SEIU-UNITED SERVICE WORKERS WEST**
**828 W Washington Blvd**
**Los Angeles, CA 90015**

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 2

6/10/2021                              Seiu-usww.org Mail - Fwd: Employment paperwork, information and contacts



Emiro Cuellar <emiro.cuellar@seiu-usww.org>

## Fwd: Employment paperwork, information and contacts

2 messages

**EMIROCUELLAR@aol.com** <EMIROCUELLAR@aol.com>                          Sun, Oct 3, 2010 at 5:20 PM
To: emiro.cuellar@seiu-usww.org

> From: EMIROCUELLAR@aol.com
> To: gaitana@seiulocal1877.org
> Sent: 8/3/2009 10:04:17 P.M. Pacific Daylight Time
> Subj: Re: Employment paperwork, information and contacts
>
> Thank you very much, Andrew. I will complete everything as soon as possible, and I will send to Yanira.
>
> **HOTEL**:
> Extended Stay America Woodland Hills
> 20205 Ventura Blvd.  Room 103 (studio 1 bed)
> Woodland Hills, CA 91364
>
> T  818-710-1170
> F  818-710-1913
> LAC@extendedstay.com
>
> **CAR INSURANCE**:  I have insurance car from Boston, MA,  valid until 01-18-09, and I will be able to change all
> my personal data to CA State, after 1 month starting August 25th, in accordance with my Insurance Company
> recommendations.
>
> **CAR RENTAL**:  Would you be so kind to approve a month of rental car for me, please?  I need it to start. I will
> appreciate it forever.
>
> Thank you in advance for just a little help more than all you can give me.
>
> Fraternal greetings,
>
> *Emiro Cuellar*
>
> In a message dated 8/3/2009 2:18:24 P.M. Pacific Daylight Time,
> agg1877@sbcglobal.net writes:
>
>> Emiro,
>>
>>
>> Per our phone conversations over the last several weeks, I am writing to confirm your
>> acceptance of a position with SEIU Local 1877 as an Organizer for our Multi-Service
>> campaign in Southern California.
>>
>>
>> You'll be reporting to me or my designated lead organizer and working out of our Los
>> Angeles office.  At this point, Angie Ardis is the designated lead organizer for the Multi-
>> Service campaign in Southern California.

You will be starting as a full-time Organizer with us on August 25th.

We are hiring you as an Organizer I, Step 2, which is an exempt position with a base salary of $38,138. In addition, there is a $100 a week car allowance.

*In addition, we will provide you with a one-time expense advance of $2,000 to assist with your costs of relocating your family from Boston to the West Coast. We will need receipts documenting $2,000 worth of your relocation costs in order to issue this check.*

*Furthermore, we will cover the costs of a 2-bed hotel room at Extended Stay America from the night of August 25th through the night of September 13th. We will not be responsible for the costs of any incidentals you incur at your hotel during the stated time period. You will need to provide us with the contact information for the hotel by no later than August 10th in order for us to make these arrangements for you.*

I have attached a number of documents for you, including:

1. Staff union contract. As an employee of Local 1877, you are in the Building Services Staff Union (BSSU) bargaining unit and covered by the collective bargaining agreement between Local 1877 and BSSU.
2. Hiring paperwork – please print and complete. Please complete everything as soon as possible and send to Yanira Castro at 828 West Washington Blvd, Los Angeles, CA 90015.
   a. Employee master record  (2)
   b. W-4
   c. I-9 (do not complete until your 1st day of work).
   d. Direct deposit form (requires voided check)

   e.   You'll need to provide a copy of current car insurance coverage in order to qualify for the car allowance.

And here's some basic who's who for payroll & benefits:

Gabriela Waitman is our Finance Director and can answer most questions about pay and benefits. She can be reached at 213-284-7710. Her e-mail is
waitmang@seiulocal1877.org

Yanira Castro handles payroll. She can be reached at 213-284-7712. Her e-mail is
castroy@seiulocal1877.org

Florence Harris at the General Employees Trust Fund (GETF) handles our health insurance, dental insurance and vision coverage. She can be reached at (650) 488-2111. Her e-mail is fharris@nwadmin.com

Let me know if you have questions regarding employment-related items.

Thanks,

Andrew Gross Gaitan

SEIU Local 1877

USWW - Multi-Service Campaign

916-439-4030 cell



EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 3

# I want to improve the performance of my working duties as an organizer. I need to improve my skills in the English language.

11 messages

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                    Tue, Apr 30, 2013 at 12:58 PM
To: Juan Flores <juan.flores@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, Emiro Cuéllar <emirocuellar@gmail.com>

Dear Juan and Anton,

I want to improve the performance of my working duties as an organizer. I need to improve my skills in the English language.

First of all, I want to thank you for the confidence you have in me about my oral skills communication in English, but I need urgently to improve them. Let me explain you what is the English Language level in which I am about Speaking, Listening, Reading and Writing:

**SPEAKING:** You and almost all USWW staff know that I have enough skills to communicate orally by speaking, even though I have to increase my vocabulary, continue correcting grammar structure and the correct use of verbal tenses.

**LISTENING/UNDERSTANDING:** This is my big challenge, understand spoken English, that is, when I have to hear it (because the different accents and pronunciation), especially during meetings, conferences, messages, etc., considering that I have no problem to hold 1 to 1 conversations with the members in the field, since those are short conversations and always find great tolerance and patience on the part of them in terms of language.

I think that everybody have noticed that since some time ago I have refused voluntarily to have simultaneous translation during any meeting, conference or event in which I participate; I do it only as a pedagogical resource (advised by my teachers) to force me to improve the understanding of the English language understanding, and I am improving, but I don't understand everything!

In terms of performance of my job duties (actions, events, etc.) arose or announced during all that kind of meetings and the understanding of key issues of what is explained during the same, I always ask for information or further explanation, in Spanish, to my supervisors and/or different coworkers, but unfortunately not always many of them have the availability, neither will to give me that information or explanation, or complete or further. I do not blame them; it is not easy, nor is pleasant to have to assume that extra task. What worries me is that, several times lately, before my lapse about an action or event, I find expressions like "But Emiro, that was said in the meeting of x day". Simply I was not well aware.

Please, I don't want to go back to get simultaneous translation; for me it is sufficient that after a meeting, conference, etc., simply tell me well clear what are the commitments that was announced as events, actions, meetings, commitments, date, time, place, goals, etc.

**READING/UNDERSTANDING WRITTEN ENGLISH:** I have no problem in this field; moreover, modest and proudly, several colleagues and supervisors have been witnesses to translate full texts of English to good Spanish, even during meetings when I read them for the first time. In fact, for example, I compiled the final English version of our CBA, and I have almost finished the Spanish translation of it.

**WRITING:** I write well and I'm improving grammar, use of idioms, and correct use of verbs times.

In my efforts to improve the performance of my work-related duties, in July 20, 2011 I took a level assessment tests at West Los Angeles College, and was placed as follows:

    ENGLISH: ESL 5 series (High Intermediate).

    READING: ESL 5 Series (High Intermediate), and

    MATH:  Math 127 (Intermediate Algebra)

The English as Second Language Course Sequence in Los Angeles Community College District is:

Level III (Low Intermediate):  ESL 3A Writing/Grammar

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 50 of 131    Page ID #:50

7/11/2021          Seiu-usww.org Mail - I want to improve the performance of my working duties as an organizer. I need to improve my skills in the English l...

|  | ESL 3B Reading/Vocabulary |  |
|---|---|---|
|  | ESL 3C Listening/Speaking |  |
| Level IV (Intermediate): | ESL 4A Writing/Grammar |  |
|  | ESL 4B Reading/Vocabulary |  |
|  | ESL 4C Listening/Speaking |  |
| Level V (High Intermediate): | ESL 5A Writing/Grammar | I already studied (WLAC, Grade B) |
|  | ESL 5B Reading/Vocabulary |  |
|  | ESL 5C Listening/Speaking |  |
| Level VI (Advanced): | ESL 6A Writing/Grammar | I already studied (WLAC, Grade B) |
|  | ESL 6B Reading/Vocabulary |  |
|  | ESL 6C Listening/Speaking | I already studied (ELAC, Grade C) |
|  | ESL 7B Reading/Vocabulary |  |
|  | ESL 8 Composition |  |

I have not been able to continue, for lack of time available to do so.

If I would like to keep "moving forward" in obtaining certificates, according to prerequisites I could continue with level 8 and then English 101 (College Reading/Composition) in order to take regular classes of the major I would like to study, no matter at which age ends (laws or physics, my dreams).

But I am not interested in achieve certificates, my goal is to learn English language, totally and fully.

I have already decided take all levels of English, even from level III.

I only need the collaboration of USWW to give me permission to continue studying English language in Community College.

I'm not asking USWW money for that; what I need is your patronage through its authorization in order to register and be able to continue studying. I have already received financial aid through grants and loans and I can continue that way.

The time I will use to study will not substantially affect the fulfillment of my full time work-related duties, since there is enough work as an organizer in the field, 24 hours a day, 7 days a week. Is like to making up hours for an hourly paid employee. I only need your understanding and support to improve my work performance.

In addition, this application is fully consistent with the provisions of section 17, letter (b), second paragraph of the current Contract Bargaining Agreement between USWW and BSSU.

The summer session classes begin on June 17, but it is necessary to apply as soon as possible.

Thank you for your prompt and timely response.

Fraternally,


EMIRO CUELLAR-CUELLAR
Organizer
SEIU United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-usww.org <emiro.cuellar@seiu-usww.org>
emiro.cuellar@seiu-usww.org

"In a crowd, all feelings and behaviors are contagious, until the point

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 51 of 131    Page ID #:51

7/11/2021          Seiu-usww.org Mail - I want to improve the performance of #:51 working duties as an organizer. I need to improve my skills in the English l...

that the individual very easily sacrifice their personal interest by the
collective interest."Dentro de una multitud, todo sentimiento y todo acto
son contagiosos, hasta el punto de que el individuo sacrifica muy
fácilmente su interés personal al interés colectivo.") Sigmund Freud.

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                        Thu, May 16, 2013 at 10:23 PM
To: Juan Flores <juan.flores@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, Emiro Cuéllar <emirocuellar@gmail.com>

As per you request me, I am informing you about some ESL Summer 2013 courses available **(still open)** at
Community Colleges:

SANTA MONICA COLLEGE, Main Campus
Start: June 17  Ends: July 25, 2013
Course: 1315 ESL 10G Multiple Skills Preparation: **Listening, Speaking, and Grammar** (6 units)
Monday, Tuesday, Wednesday, and Thursday. 8:00 AM - 12:20 PM

SANTA MONICA COLLEGE, Main Campus
Start: June 17  Ends: July 24, 2013
Course: 1316 ESL 10W Multiple Skills Preparation: **Reading and Writing** (6 units)
Monday, Tuesday, Wednesday, and Thursday. 12:30 AM - 4:50 PM

IMPORTANT INFORMATION ABOUT SANTA MONICA COLLEGE:

# "Dates & Deadlines — Summer 2013

**New and Returning Students** (but NOT Continuing Students) must file an application for admission in order to receive
an enrollment date and time.

**You may enroll in on-campus, online, and hybrid courses on or after your enrollment appointment date and time
by web at** *www.smc.edu.*

To learn more about online classes, visit the SMC Online website *(www.smconline.org)*.

**If you enroll in any Summer Session course at SMC, you MUST attend all classes during the first week of the
course or risk being dropped from it by the instructor.**

## Enrollment By Web

Monday through Sunday: 1 a.m. to 10 p.m.

Web: *www.smc.edu* (click on "Corsair Connect" on the top menu)

## Summer Enrollment

**Continuing Students**   Early May 2013   Check Corsair Connect for specific date.

**New Students**   Mid May 2013   Check Corsair Connect for specific date.

End Web Enrollment (online, hybrid, & Arranged Hours classes)   Sun, Jun 16, 2013

End Web Enrollment (on-campus classes)   Midnight before 2nd class meeting

Summer session payment deadline   Wed, Jun 5, at 7 p.m.
You must have a zero balance or YOU WILL BE DROPPED from your Summer session courses. Fees for courses you
enroll in after this payment deadline must be PAID IN FULL by midnight on the same day as enrollment.

6- & 8-week Summer Session begins   Mon, Jun 17, 2013

6-Week Summer Session ends   Fri, Jul 26, 2013

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 52 of 131    Page ID #:52

7/11/2021        Seiu-usww.org Mail - I want to improve the performance of my working duties as an organizer. I need to improve my skills in the English I...

8-Week Summer Session ends    Fri, Aug 9, 2013

## WITHDRAWAL Dates for 6-week and 8-week classes

Last Day to Receive Enrollment Fee and Tuition Refund
See your Corsair Connect account for specific dates.

Last Day to Drop and Avoid a W on Permanent Record
See your Corsair Connect account for specific dates.

Last Day to Petition for Pass/No Pass
6-Week Summer Session: Jun 28, 2013
8-Week Summer Session: Jul 2, 2013

Last Day to Drop and Receive a Guaranteed W
See your Corsair Connect account for specific dates.

Drop dates vary for short-term and open-ended classes. See your Corsair Connect account for details.

## Important Dates, Holidays and Breaks

Memorial Day (Campus closed)    Mon, May 27, 2013

Graduation Ceremony    Tue, Jun 11, 2013

Independence Day (Campus closed)    Thu, Jul 4, 2013"


Thanks,

Emiro

[Quoted text hidden]
--

Fraternally,

**EMIRO CUELLAR-CUELLAR**
Organizer
SEIU United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197 Cell: 213-840-9822 Fax:213-284-7725
www.seiu-usww.org <emiro.cuellar@seiu-usww.org>
emiro.cuellar@seiu-usww.org

"In a crowd, all feelings and behaviors are contagious, until the point
that the individual very easily sacrifice their personal interest by the
collective interest."   "Dentro de una multitud, todo sentimiento y todo acto
son contagiosos, hasta el punto de que el individuo sacrifica muy
fácilmente su interés personal al interés colectivo." Sigmund Freud.

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                    Sun, Jun 2, 2013 at 9:53 PM
To: Alejandra Valles <alejandra.valles@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, Juan Flores Cell <juan.flores@seiu-usww.org>, David Stilwell
<dave.stilwell@seiu-usww.org>, Emiro Cuéllar-Cuéllar <emirocuellar@gmail.com>
Bcc: Emiro Cuéllar-Cuéllar <emirocuellar@aol.com>


Good morning,

I am forwarding you this email after unsuccessfully trying get answers from my immediate supervisor JUAN FLORES, and
my Director, ANTON FARMBY.

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 53 of 131    Page ID #:53

7/11/2021          Seiu-usww.org Mail - I want to improve the performance of my working duties as an organizer. I need to improve my skills in the English l...

I think that at least for some respect I deserve a formal answer. The due dates to register classes is running and the availability is not secure.

I am just trying to get vital development to improve my job performance; is USWW interested?

Thanks for your attention.

[Quoted text hidden]

---

**Anton Farmby** <anton.farmby@seiu-usww.org>                          Sun, Jun 2, 2013 at 9:57 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Alejandra Valles <alejandra.valles@seiu-usww.org>, Juan Flores Cell <juan.flores@seiu-usww.org>, David Stilwell <dave.stilwell@seiu-usww.org>, Emiro Cuéllar-Cuéllar <emirocuellar@gmail.com>

Emiro

As I informed you after your 5/16 email to me, please submit the paper work with the information of time commitment of the classes.

Anton Farmby
SEIU USWW
United Service Workers West
[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                        Sun, Jun 2, 2013 at 10:35 PM
To: Anton Farmby <anton.farmby@seiu-usww.org>
Cc: Alejandra Valles <alejandra.valles@seiu-usww.org>, Juan Flores Cell <juan.flores@seiu-usww.org>, David Stilwell <dave.stilwell@seiu-usww.org>, Emiro Cuéllar-Cuéllar <emirocuellar@gmail.com>

Thanks for your reply. You asked me for class schedules, and that it was I sent you on 5/16, and after that you didn't tell me nothing else, but please tell me what is "paper work with the information of time commitment of the classes", please. I don't understand.
[Quoted text hidden]
--

Fraternally,

**EMIRO CUELLAR-CUELLAR**
Organizer
SEIU United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-usww.org <emiro.cuellar@seiu-usww.org>
emiro.cuellar@seiu-usww.org

"In a crowd, all feelings and behaviors are contagious, until the point
that the individual very easily sacrifice their personal interest by the
collective interest."   "Dentro de una multitud, todo sentimiento y todo acto
son contagiosos, hasta el punto de que el individuo sacrifica muy
fácilmente su interés personal al interés colectivo." Sigmund Freud.

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 4

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 55 of 131    Page ID
#:55

7/11/2021        Seiu-usww.org Mail - I want to improve the performance of #:55 working duties as an organizer. I need to improve my skills in the English l...

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                        Fri, Apr 25, 2014 at 9:47 PM
To: Anton Farmby <anton.farmby@seiu-usww.org>
Cc: Juan Flores <juan.flores@seiu-usww.org>, Emiro Cuellar <emirocuellar@gmail.com>

Good evening Anton,

I have been assessed again on my English skills by the LACCD, and I have been placed into "College Reading and
Composition", ready to take English 101.

According with a conversation with Juan today after your meeting with him, please see bellow the schedule of classes I
am trying to take:

- COMMUNICATION STUDIES 101 - ORAL COMMUNICATION I - (3 Units)
  Section 1866  /  Hours: 8:00 AM - 10:05 AM  / Days: Mon-Tue-Wed-Thu   Start date: 6/16/2014 End date: 7/27/2014

- ENGLISH 028 - INTERMEDIATE READING AND COMPOSITION - (3 Units)
  Section 0952, 0953, or 0954  /  Hours: 10:20 AM - 12:25 PM  /  Days: Mon-Tue-Wed-Thu  Start date: 6/16/2014  End
date: 7/27/2014

The college is West LA College, the program is "Summer 2014", and subsequently, in the "Fall 2014" program (9/1/2014
to 12/21/2014), I will continue taking ENGLISH 101 (3 Units), and "COMMUNICATION STUDIES 101 - PUBLIC
SPEAKING" (3 Units) from the courses of "SPEECH", the Major (Code 1506) I have chosen to improve and perfect my
English Language skills.

My dateline to register (according to given appointment) this classes is: May 3, 2014 at 9:15 AM

In personal time -Vacations, Personal, and Comp days-, I have accrued more than enough time to take this period
(6/16/2014 to 7/27/2014) as my personal time, if you approve that.

I hope to get your decided collaboration in this new intent.

Thanks a lot.


Fraternally,

**EMIRO CUELLAR-CUELLAR**
Organizer
SEIU United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-usww.org <emiro.cuellar@seiu-usww.org>
emiro.cuellar@seiu-usww.org

"In a crowd, all feelings and behaviors are contagious, until the point
that the individual very easily sacrifice their personal interest by the
collective interest."   "Dentro de una multitud, todo sentimiento y todo acto
son contagiosos, hasta el punto de que el individuo sacrifica muy
fácilmente su interés personal al interés colectivo." Sigmund Freud.

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 5

**Subject: Response to claims of discrimination**
-------------------------

From: **Vu Nguyen** <vu.nguyen@seiu-usww.org>
Date: Wed, Jul 8, 2020 at 4:50 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, Talia Reyes <talia.reyes@seiu-usww.org>


Emiro,


Today's meeting  was scheduled in response to your request for clarification on the campaign.  You had requested
that USWW provide a translator, which we have already explained that we are not required to do.  This issue has been raised
by USWW with your staff union in the past and USWW maintains that we will not provide translation services.


Requiring you to speak English is a requirement of your job.  We understand that there are bilingual staff, but English has
always been a requirement of the job.  It has always been a job requirement. This requirement is not imposed only on you,
and it has nothing to do with your national origin.   You are of course free to speak any language on the job, and your ability to
speak Spanish is of course helpful.  Yet you must be able to converse in English when required. Staff may offer to help one
another when needed, but ultimately you are responsible for ensuring you are able to participate. In the past we have also
worked with staff to allow them to take English classes.


I am your supervisor, not David Huerta or Anton Farmby,  and will continue to be directing your work.


--
Vu Nguyen
SEIU-USWW
Organizing

EMIRO CUELLAR v SEIU-USWW, and others – COMPLAINT FOR DAMAGES

# EXHIBIT 6

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 59 of 131    Page ID
#:59
7/11/2021                                         Seiu-usww.org Mail - LAC-USC

## LAC-USC

16 messages

---

**Mike Brown** <mike.brown@seiu-usww.org>                                  Mon, Feb 8, 2016 at 5:52 PM
To: Albert Grimes <albert.grimes@seiu-usww.org>, Viviana Lopez <viviana.lopez@seiu-usww.org>, Emiro Cuellar
<emiro.cuellar@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>

We will be meeting at the office at 2pm on Tuesday February 9th, we collected 60 cards, 40 from the day shift 20 from
swing.  So we will be targeting swing and grave the next two days. Emiro you are welcome to join us if your wiling to be a
team player and stop trying to work your own plan

Thanks

--
Michael Brown
Lead Organizer
Security Division
213-864-0291

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                            Mon, Feb 8, 2016 at 7:52 PM
To: Mike Brown <mike.brown@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>

Mr. Brown, it is not professional to write that way, trying to expose me before others.

I demand respect, Anton.


Fraternally,

**EMIRO CUELLAR-CUELLAR**
Organizer
SEIU United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-usww.org <emiro.cuellar@seiu-usww.org>
emiro.cuellar@seiu-usww.org

"In a crowd, all feelings and behaviors are contagious, until the point
that the individual very easily sacrifice their personal interest by the
collective interest."    "Dentro de una multitud, todo sentimiento y todo acto
son contagiosos, hasta el punto de que el individuo sacrifica muy
fácilmente su interés personal al interés colectivo." Sigmund Freud.
[Quoted text hidden]

---

**Mike Brown** <mike.brown@seiu-usww.org>                                  Mon, Feb 8, 2016 at 7:52 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>


Thanks

[Quoted text hidden]

---

**Mike Brown** <mike.brown@seiu-usww.org>                                  Mon, Feb 8, 2016 at 8:02 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>


We are doing a great job Emiro and your unwillingness to work with us is bad for team moral.

You can not and will not speak Spanish in the middle of the meeting to only Rosa

You will respect me !!!

On Feb 8, 2016 7:52 PM, "Emiro Cuellar" <emiro.cuellar@seiu-usww.org> wrote:
[Quoted text hidden]

**Anton Farmby** <anton.farmby@seiu-usww.org>                    Mon, Feb 8, 2016 at 8:41 PM
To: Mike Brown <mike.brown@seiu-usww.org>
Cc: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

Let's meet on my office tomorrow at 11am

Anton Farmby
SEIU USWW
United Service Workers West
-via cell phone
[Quoted text hidden]

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                   Mon, Feb 8, 2016 at 8:43 PM
To: Mike Brown <mike.brown@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>

Anton,

I choose not to respond to the false accusations and harassment of Mr. Brown until the formal complaint I have been filed
against him be investigated, and you and/or USWW President take the appropriate measures.

Emiro

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 7

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 62 of 131    Page ID
#:62
7/11/2021                                        Seiu-usww.org Mail - A plea for help.

# A plea for help.

5 messages

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                    Thu, Jul 30, 2015 at 12:22 PM
To: Anton Farmby <anton.farmby@seiu-usww.org>
Cc: emirocuellar@gmail.com

This is not a complaint, but a plea for help.

I've been doing my best to help my co-workers so that everything works well in our External Team, while it is hired a new
Team Lead, following your instructions and those of Juan Flores, when he was with us. All is well, but can be better.

Rosa Monterroza is playing very well. I am calling for your help to correct some misunderstandings and prevent problems
with Denise:

I know that she has a good personal friendship with Mike Brown, but it is better that at work she put aside that and to
integrate fully into the External Team. None of us on the External Team is giving orders to their mates, nor impose on
others, but we are trying to coordinate the activities of the Team together, sharing all kinds of information, methods and
tools to work; unfortunately that is thwarted when Denise follows more the opinions (suggestions?) of Mike Brown and/or
Maia Rivera, who also is her very good friend and former ex-coworker; she has let it me know, and told me clearly twice.

It would be better for Denise to form her own judgment of each one of us and our External Team work, without being
influenced by third parties. It is the most professional way.

On the other hand, Denise began her work on Monday, July 6th, more than three weeks, ago. I know that she is a very
good organizer and has good training; in fact, she told me that she had received training session from the International.
Now, each one of us, Rosa and I, have given her a shadow-training day; she already has all the work material in her
possession, but she has not started to make regular visits to the jobsites in her Turf. When I joined this Team, the same
day I was given a Turf and, the next day, I was sent alone to the field, and two weeks after I was demanded for turn-out.

As I say before, this is not a complaint, but a plea for help. Everything has been going well, but I need your help, please. I
think that, at the end, this will be part of her performance development.

**Anton Farmby** <anton.farmby@seiu-usww.org>                                    Fri, Jul 31, 2015 at 10:09 AM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

Thanks Emiro. Lets talk about it
[Quoted text hidden]
--
Anton Farmby
Vice President
SEIU United Service Workers West
828 W. Washington
Los Angeles, CA. 90015
(213) 284-7705 Office
(213) 284-3817 Fax

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                    Fri, Jul 31, 2015 at 1:19 PM
To: Anton Farmby <anton.farmby@seiu-usww.org>

My pleasure. Let me know when/hour, I'll  adjust my time.

[Quoted text hidden]

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 8

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                        Wed, Oct 5, 2016 at 11:39 PM
To: Anton Farmby <anton.farmby@seiu-usww.org>
Cc: President BSSU <bssupresident@gmail.com>, SoCalSecretary BSSU <bssu.socalsecretary@gmail.com>,
SoCalVicepresident BSSU <bssusocalvicepresident@gmail.com>, Treasurer BSSU <bssutreasurer@gmail.com>, Trustee
BSSU <bssutrustee@gmail.com>, NorCalSecretary BSSU <bssu.norcalsecretary@gmail.com>, NorCalVicePresident BSSU
<bssuvicepresidentnorcal@gmail.com>, David Stilwell <david.stilwell@seiu-usww.org>, David Huerta <david.huerta@seiu-
usww.org>

Anton,

Following personal legal and medical advice, kindly I am asking you please excuse me of this action, and any other,
where I have to participate, simultaneously and publicly, with Mr. Michael Brown, since the delirious attacks of Mr. Brown
against me, about my work, personal matters, and in BSSU issues, have already escalated to a really dangerous level, in
which he has made public demonstrations of strong and uncontrollable, verbal and physical aggressiveness, with
performances certainly violent, and public accusations, yelling loudly against me with the same false and failed
accusations of supposed sexual harassment submitted by Ms. Denise Grant-Kornegay. Simply he has been acting
entirely outside of himself.

Anton, by this email I am releasing to you, and to USWW, of all my requests of mediation to intercede in search of peace
and understanding between Mike and I, which not only has not happened, but it has reached a level at which I fear for my
physical integrity, my health and my life.

Now, I feel obligated to move my complaints outside USWW, considering their almost complete inactivity before my (at
least six) complaints that I have submitted, during the last four (4) years, because the racism, abuse, discrimination and
harassment at work, done by Michael Brown, and lately by Denise Grant (to whom I have complained from a little over a
year ago). I see that I am not going to find justice in USWW and that, on the contrary, the unpunished behavior of Mr.
Brown is tolerated subtly with the lack of real investigations, like the investigation USWW conducted against me, and he
continues to disseminate to cries their slander and their libel against me, to all the personnel of USWW, and highly
possibly outside USWW, wanting to now flip the frustration of the failure of their personal attacks against me, wanting to
argue now the ace card of racism against African Americans, in a matter that only involves two fellow African Americans,
the brave African-American Race, from which I am proud to have a dozen members in my family, one of them a
Political/Union leader killed by his activism. I have to bring them to USWW to get some respect from you?

I do responsible to you and to USWW, if I am obliged to attend any act simultaneously with Mr. Michael Brown, and I
could result assaulted in any form, and at any level, by him or by his friends, or because his fault my job is put at risk, or
my health continue deteriorating, as I have advised my medical service.

Sincerely,


Fraternally,

**EMIRO CUELLAR-CUELLAR**
Organizer SEIU - United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-usww.org <emiro.cuellar@seiu-usww.org>
emiro.cuellar@seiu-usww.org
[Quoted text hidden]

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 9

## Complaint about Organizer Maia Rivera performance

5 messages

**Emiro Cuellar** <emiro.cuellar@seiu-uswww.org>                                        Sat, Sep 14, 2013 at 6:22 PM
To: Juan Flores <juan.flores@seiu-uswww.org>
Bcc: Emiro Cuéllar <emirocuellar@gmail.com>, Emiro Cuéllar-Cuéllar <emirocuellar@aol.com>

Dear Juan,

Whereas that I have been trying even your intervention in insistent way in the problem of professional disrespect and lack of solidarity on the part of co-worker Maia with me in the field when we have to work together, I insist that when she is working with me, she has a very different behavior when you are present. One more time, by this email I am formally complaining for unprofessional behavior and performance on the part of MAIA FRANCESCA RIVERA, by the following facts:

During our meeting today (LAC Campaign OC), my co-workers Maia and Sarita, even by my request, were taking notes of proposals, concerns, suggestions, etc., as part of the team work in the meeting; it was supposed that they would be my support to develop the assembly with security officers. At the end of the meeting, I requested Maia the meeting notes to make an appropriate report, but she answered me with "No. These are my notes ", I said her "No Maia, those are the meeting notes", then she reaffirmed saying with "No" again, and that she would make the report of the meeting. That, dear Juan, I think, it was unprofessional and disrespectful behavior by my co-worker Maia towards me, who was the lead and head in the meeting. Avoiding more difficulties, I proceeded  to ask her "Ok, then, please make a report to Juan", She replied me, in a defiant tone "You do not need to tell me it, anyway I was going to do it." I still believe that not every Organizer in a meeting has to make reports, but who was in charge to run it. I have never done that, neither to you nor Julia in your meetings, and any comments or debrief it is have always done after the meeting, among us.

During the meeting, coworker Maia repeatedly tried to lead the meeting, circumstance that I was able to control without problem, until the moment in which she physically rose from her seat, and stood between me and the attendees abruptly and disrespectfully blocking my speech to them. I respectfully thanked her and I tried to continue with the meeting, but she insisted to stay there; after I thanked her twice I tried to continue, then I said "Thanks Maia, please let me continue with the meeting, is my meeting." (Of course referring to the leadership and responsibility for running the meeting), and she defiantly answered me "No. It is the meeting of all", whereupon she caused discrediting of unprofessional manner in front of members and embarrassing me in front of them. Finally, I went back the agenda and I successfully concluded the meeting at 11:55 am, a half an hour more of considered, due, additionally, to the very good, very active and permanent participation of the attendees, but within the limit of the 12:00 PM.

Juan, yesterday you was clear that I would be responsible for running the meeting, so Maia would present the Field Report, and they (Maia and Sarita) would help me. Maia exceeded her role, and embarrassed me in front of the members.

As those behaviors of my co=worker Maia could affect negatively my professional performance, and cause me additional and unfair stress, respectfully I am asking you for your prompt, decisive, and definitive solution to this problem.

Fraternally,

**EMIRO CUELLAR-CUELLAR**
Organizer
SEIU United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-uswww.org <emiro.cuellar@seiu-uswww.org>
emiro.cuellar@seiu-uswww.org

"In a crowd, all feelings and behaviors are contagious, until the point
that the individual very easily sacrifice their personal interest by the
collective interest."   "Dentro de una multitud, todo sentimiento y todo acto
son contagiosos, hasta el punto de que el individuo sacrifica muy
fácilmente su interés personal al interés colectivo." Sigmund Freud.

EMIRO CUELLAR v SEIU-USWW, and others – COMPLAINT FOR DAMAGES

# EXHIBIT 10

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 68 of 131    Page ID
#:68
7/11/2021                Seiu-usww.org Mail - REF: Discriminatory Treatment and Obstruction to comply with my work.

## REF: Discriminatory Treatment and Obstruction to comply with my work.

3 messages

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                          Wed, Oct 9, 2013 at 9:51 AM
To: Juan Flores <juan.flores@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, BSSU President <bssupresident@gmail.com>

Through this email I am complaining again because new negative behaviors on the part of Maia Rivera, which are hindering the full and successful performance of my job duties.

Ms. Maia is negatively influencing new Organizer, Ms. Ledale Curry, setting her against me.

Let me explain in detail what happened yesterday, extending what it already explained you orally on the premises:

As we had planned it, I came to the Local at 1:30 PM to go to the field with Ms. Ledale and thus begin to make shuttle for her during the rest of the week, as you decided.

In the office it was all the External Team. Since the first moment that I greeted Ms. Curry and told her that I would make the map of the facilities we were going to visit, I realized that she spoke to me in unpleasant way, very curtly telling me that she was ready.

I started to prepare the map and Ms. Curry continued arranging her cubicle, while she had brief conversations with Maia, who had not gone out to the field yet, and was not doing anything in her cubicle, just waiting.

When I finished, I told Ms. Ledale we could already go to the field, then I went ahead and she stayed talking with Maia. I had to wait a few minutes, until they came together; we went out to the parking lot, Maia and Sarah into the Maia's car, but she doesn't started the car, she just was waiting and observing us.

I said to Ms. Ledale that already had planned a route to make visits to buildings and that if there was no need to return to the office, I suggested to her to take her car to leave it parked near where it we were going to end the route, from there continue together in my car to make the full route and end the day at that place near to her car, for not having come back only to pick up her car. That way we could benefit from more time in the field.

I think that, in part, by the difficulty of it to understand my spoken English and the negative influence of Maia setting her against me, Ms. Ledale was very emphatic and refused to do this, she said that I have to return her to the Local to pick up his car, and added that it was supposed that we would be in a single car. I tried to explain her once again my idea, but she was inexplicably angry, she does not let me speak, she gave me back and she went to the talk with Maia, who inexplicably still remained there waiting without even turn on her car. (Later, even you had to go personally to say to Maia to come out already for the field).

After she talked with partner Maia, Ms. Ledale returned to my car, she looked angry, and she did not let me explain her more slowly my plan, and instead of that she again gave me the back, and walked away inside to the office to speak with you.

Now you know the rest.

Is because of this that I am once again denouncing those negative behaviors of the companion Maia, now setting the new Organizer against me, continuing creating a stressful and hostile work environment, which leads to impedes the full and successful performance of my job duties.

Ms Maia continues taking unfair advantage on me because my English Language difficulties and barriers, as I've already reported it, interacting fluently with everyone else and now using your easy linguistic understanding set a colleague against me. That, as I said on previous occasions, is discrimination and I have to endure unfair additional stress due to the lack of professionalism of it.

I know that it is good to avoid a problem grows, but that is not good when it continues allowing this follow happening, avoiding having to address this matter directly with participants and allowing that new people come to impose their styles and ways of working, above the old staff, as in my case.

On the other hand, you choose to ignore that Ms. Ledale was who told you that she didn't want to go with me (yourself told me) and you prefer to establish a tight work schedule during the week, from 9:00 AM to 6:00 PM, as if we were office staff with fixed schedule, and non-field staff, where there are times and circumstances that should come out of that narrow time period. In addition this program already seems micro-management, which you said you don't like, but you now, for negative situations created by new people, seems to be changing.

Remember that on one occasion, when the first difficulties with Maia, I said to you that he would rather not go out with her, and you radically do not accepted that and you forced me to do so.

I will fulfill your schedule because I am not being in insubordination or disobedience to my immediate supervisor. I can work as a couple or in team with anyone, always when others have professionalism, as for example we did it in the Blitz of San Diego, in which daily I came out with a different person.

I defend the right to work for all people without discriminating against anyone, including the new companions, of course, but I strongly defend my own right when I see that other people don't respect that right for me, as it is the case of the companion Maia sabotaging my performance and Ms. Ledale who seems to have decided to judge me by comments from third parties and not by his own judgment.

When I came to work at this place, as well as all the people when we arrived for the first time, I had to put aside my styles and forms of work and assimilate how to work in this place.

I was just making something we do very commonly among us in the field when we go to carpool or shuttle: to park other cars on sites that allow us to better fulfill the work in the field and at the same time give us convenience for commuting, as yourself did it for the March in San Diego, for example. Now, and only because harmful interference of Ms. Maia and the unfortunate reaction of Ms.Ledale who would not let me speak, then you prefer to change plans without solving the real problem.

Fraternally,

**EMIRO CUELLAR-CUELLAR**
Organizer
SEIU United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-usww.org <emiro.cuellar@seiu-usww.org>
emiro.cuellar@seiu-usww.org

"In a crowd, all feelings and behaviors are contagious, until the point that the individual very easily sacrifice their personal interest by the collective interest."   "Dentro de una multitud, todo sentimiento y todo acto son contagiosos, hasta el punto de que el individuo sacrifica muy fácilmente su interés personal al interés colectivo." Sigmund Freud.

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                      Mon, Jun 20, 2016 at 12:16 PM
To: BSSU President <bssupresident@gmail.com>

FY Records.

Fraternally,

**EMIRO CUELLAR-CUELLAR**
Organizer SEIU - United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-usww.org <emiro.cuellar@seiu-usww.org>
emiro.cuellar@seiu-usww.org
[Quoted text hidden]

## Disciplinary Meeting

18 messages

**Anton Farmby** <anton.farmby@seiu-usww.org>                                    Wed, Oct 9, 2013 at 8:57 AM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Juan Flores <juan.flores@seiu-usww.org>

Emiro

Let me know when you are available to meet to discuss the incident
regarding your work assignment on Tues. Oct. 8. This meeting may lead
to discipline. Feel free to notify the union for representation.

Provide 2-3 dates when are you available

Thanks

Anton Farmby
SEIU USWW
United Service Workers West

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                    Wed, Oct 9, 2013 at 10:08 AM
To: Anton Farmby <anton.farmby@seiu-usww.org>
Cc: Juan Flores <juan.flores@seiu-usww.org>

As part of explaining that incident I am sending you the whole text of my email complaining again against Organizer Maia
Rivera:

"Through this email I am complaining again because new negative behaviors on the part of Maia Rivera, which are
hindering the full and successful performance of my job duties.

Ms. Maia is negatively influencing new Organizer, Ms. Ledale Curry, setting her against me.

Let me explain in detail what happened yesterday, extending what it already explained you orally on the premises:

As we had planned it, I came to the Local at 1:30 PM to go to the field with Ms. Ledale and thus begin to make shuttle for
her during the rest of the week, as you decided.

In the office it was all the External Team. Since the first moment that I greeted Ms. Curry and told her that I would make
the map of the facilities we were going to visit, I realized that she spoke to me in unpleasant way, very curtly telling me
that she was ready.

I started to prepare the map and Ms. Curry continued arranging her cubicle, while she had brief conversations with Maia,
who had not gone out to the field yet, and was not doing anything in her cubicle, just waiting.

When I finished, I told Ms. Ledale we could already go to the field, then I went ahead and she stayed talking with Maia. I
had to wait a few minutes, until they came together; we went out to the parking lot, Maia and Sarah into the Maia's car,
but she doesn't started the car, she just was waiting and observing us.

I said to Ms. Ledale that already had planned a route to make visits to buildings and that if there was no need to return to
the office, I suggested to her to take her car to leave it parked near where it we were going to end the route, from there
continue together in my car to make the full route and end the day at that place near to her car, for not having come back
only to pick up her car. That way we could benefit from more time in the field.

I think that, in part, by the difficulty of it to understand my spoken English and the negative influence of Maia setting her
against me, Ms. Ledale was very emphatic and refused to do this, she said that I have to return her to the Local to pick up
his car, and added that it was supposed that we would be in a single car. I tried to explain her once again my idea, but
she was inexplicably angry, she does not let me speak, she gave me back and she went to the talk with Maia, who
inexplicably still remained there waiting without even turn on her car. (Later, even you had to go personally to say to Maia
to come out already for the field).

After she talked with partner Maia, Ms. Ledale returned to my car, she looked angry, and she did not let me explain her
more slowly my plan, and instead of that she again gave me the back, and walked away inside to the office to speak with
you.

Now you know the rest.

Is because of this that I am once again denouncing those negative behaviors of the companion Maia, now setting the new Organizer against me, continuing creating a stressful and hostile work environment, which leads to impedes the full and successful performance of my job duties.

Ms Maia continues taking unfair advantage on me because my English Language difficulties and barriers, as I've already reported it, interacting fluently with everyone else and now using your easy linguistic understanding set a colleague against me. That, as I said on previous occasions, is discrimination and I have to endure unfair additional stress due to the lack of professionalism of it.

I know that it is good to avoid a problem grows, but that is not good when it continues allowing this follow happening, avoiding having to address this matter directly with participants and allowing that new people come to impose their styles and ways of working, above the old staff, as in my case.

On the other hand, you choose to ignore that Ms. Ledale was who told you that she didn't want to go with me (yourself told me) and you prefer to establish a tight work schedule during the week, from 9:00 AM to 6:00 PM, as if we were office staff with fixed schedule, and non-field staff, where there are times and circumstances that should come out of that narrow time period. In addition this program already seems micro-management, which you said you don't like, but you now, for negative situations created by new people, seems to be changing.

Remember that on one occasion, when the first difficulties with Maia, I said to you that he would rather not go out with her, and you radically do not accepted that and you forced me to do so.

I will fulfill your schedule because I am not being in insubordination or disobedience to my immediate supervisor. I can work as a couple or in team with anyone, always when others have professionalism, as for example we did it in the Blitz of San Diego, in which daily I came out with a different person.

I defend the right to work for all people without discriminating against anyone, including the new companions, of course, but I strongly defend my own right when I see that other people don't respect that right for me, as it is the case of the companion Maia sabotaging my performance and Ms. Ledale who seems to have decided to judge me by comments from third parties and not by his own judgment.

When I came to work at this place, as well as all the people when we arrived for the first time, I had to put aside my styles and forms of work and assimilate how to work in this place.

I was just making something we do very commonly among us in the field when we go to carpool or shuttle: to park other cars on sites that allow us to better fulfill the work in the field and at the same time give us convenience for commuting, as yourself did it for the March in San Diego, for example. Now, and only because harmful interference of Ms. Maia and the unfortunate reaction of Ms.Ledale who  would not let me speak, then you prefer to change plans without solving the real problem."

Considering that my accuser, Juan Flores, is an Oficer of my Union BSSU, and that our Security Division doesn't have BSSU shop Steward after Julia Paskin leave, I will contact BSSU President to have a trustworthy representative.

I will provide you that information as soon as I get it.

Emiro

[Quoted text hidden]
--

Fraternally,

**EMIRO CUELLAR-CUELLAR**
Organizer
SEIU United Service Workers West
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-usww.org <emiro.cuellar@seiu-usww.org>
emiro.cuellar@seiu-usww.org

"In a crowd, all feelings and behaviors are contagious, until the point
that the individual very easily sacrifice their personal interest by the
collective interest."   "Dentro de una multitud, todo sentimiento y todo acto
son contagiosos, hasta el punto de que el individuo sacrifica muy
fácilmente su interés personal al interés colectivo." Sigmund Freud.

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 11

## Psychological Labor Harassment - Please help me

4 messages

**Emiro Cuellar** <emiro.cuellar@seiu-uswww.org>                              Thu, Sep 13, 2012 at 10:11 AM
To: Alejandra Valles <alejandra.valles@seiu-uswww.org>

Dear and respected Alejandra,

I acknowledge the procedures of Andrew Gross-Gaitan, my current Airports Division Director, when I have them in front of me, and I have no doubt that he gave advice to my coordinator, Ernesto Guerrero, to initiate yesterday a disciplinary proceeding against me. Ernesto sent me an e-mail with copy to Mr Gross-Gaitan, David Stilwell (?) and Marx Gutierrez (?); perhaps, you already know it.

It was not a good idea that I would be reporting to Mr Gross-Gaitan and therefore the same day that you and President Mike Garcia, presented and ratified Mr. Gross-Gaitan as Airports Division's Director in front of all the Division's staff, immediately, as soon the meeting ended, I told you my concern and I asked to working out there, in any campaign, as politics as I said "... so be in any State in the country."

It was not a good idea due to the serious history of unfair labor persecution of Mr Gross-Gaitan against me since the year 2010. I would not want have to say it, and I have been trying to overcome progressively, but in view of the new circumstances is the time to tell you that those events caused me serious consequences to my health, and I am currently receiving professional help and treatment.

That has brought me serious, direct and collateral, effects that have declined or minimized many of my personal and professional skills that have caused serious damage to my work performance, and personal and family life. Also, those are the reason of many (the majority?) of my job absences since then, having had to use vacation or compensatory days in order to have peace and quiet and escape from situations of harassment, frustration and depression because of the hostile work environment.

It has not been easy for me to deal with this situation, especially because since that time I suffer the karma of discrimination because my language barriers and my opinions, isolation, intolerance and ignoring of some SEIU managers of diverse levels when I am going to work in a new group, even in Good Jobs LA, and the bad references and poor recommendations on me, come before me. I have been documenting my case, as we teach our members, not to harm anyone or our Organization, but just in the case of see me facing unfair labor practices, which continue jeopardizing my health, my performance, my right to promotions and keeping my work, that it is not mine but my family.

I just want to work without the daily overwhelming anguish, in peace and confidence. I can do it if you allow me it. That is the reason for, for example, wanting to go to work in Las Vegas at least for a short time.

Please stop this disciplinary procedure before starts or continues. Please.

COPY: Only to my personal e-mail.

Fraternally,

*EMIRO CUELLAR-CUELLAR*
Organizer
**SEIU United Service Workers West**
828 West Washington Boulevard, Los Angeles, California 90015
Office: 213-284-7197  Cell: 213-840-9822  Fax:213-284-7725
www.seiu-usww.org
emiro.cuellar@seiu-usww.org
"In a crowd, all feelings and behaviors are contagious, until the point that the individual very easily sacrifice their personal interest by the collective interest.""Dentro de
una multitud, todo sentimiento y todo acto son contagiosos, hasta el punto de que el individuo sacrifica muy fácilmente su interés personal al interés
colectivo.") Sigmund Freud.

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                          Thu, Sep 13, 2012 at 10:21 AM
To: Emiro Cuellar <emirocuellar@gmail.com>, emirocuellar@aol.com

[Quoted text hidden]
--
[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                          Fri, Sep 14, 2012 at 1:48 PM
To: Talia Reyes - Personal <taliareyes@gmail.com>, Marx Gutiérrez - Personal <mrxgutierrez@gmail.com>

I think is important to you, as BSSU, knowing this email.

---------- Forwarded message ----------
From: "Emiro Cuellar" <emiro.cuellar@seiu-usww.org>
Date: Sep 13, 2012 10:11 AM
Subject: Psychological Labor Harassment - Please help me
To: "Alejandra Valles" <alejandra.valles@seiu-usww.org>

[Quoted text hidden]

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 12

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 76 of 131    Page ID
#:76
7/11/2021                                           Seiu-usww.org Mail - Good Friday

**Sanjay Garla** <sanjay.garla@seiu-usww.org>                                    Sat, Apr 4, 2020 at 7:00 AM
To: Sanjay Garla <sanjay.garla@seiu-usww.org>

Hi folks. Happy Saturday!

A week from today (next saturday 4/11) we are holding a statewide teletown hall for our membership. We will need
support from the external team to help staff the town hall on Saturday and prepare for the tele town hall Friday.

Friday 4/10 is Good Friday which is a holiday in the BSSU contract. Per the BSSU contract, if you are required to work a
holiday you can bank the holiday to use later.

However, I understand this day may be important to you. Please let me know by Monday at 5pm if you prefer NOT to
work Friday 4/10. We should be able to accommodate the holiday for individuals who want to observe the day.

(to reduce clutter from individual responses to your inbox I bcc'd all external staff)

Sanjay

--
Sanjay Garla
Vice President
(he/him/his)
SEIU-USWW
c: 415.828.8127
e: sanjay.garla@seiu-usww.org

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                  Mon, Apr 6, 2020 at 11:43 PM
To: Sanjay Garla <sanjay.garla@seiu-usww.org>
Cc: bssupresident@gmail.com, bssutrustee@gmail.com

Dear Sanjay,

To be clear about the USWW-BSSU CBA's language on Holidays, let me bring the text of the pertinent part, Section 28.
HOLIDAYS (d):

"Holidays shall normally be observed by all employees. Employees may work on a Holiday by mutual consent with the
Employer. If an employee is required to work on any holiday, he/she shall receive an additional day off. Employees
required to work at special Labor Day events such as picnics shall not be required to work for more than four (4) hours
total during such events."

In that way, what you stated: "Per the BSSU contract, if you are required to work a holiday you can bank the holiday to
use later." it is not completely compliant to the CBA, for the following reasons:

1. The employee **may** work, instead of **must** work, and **only** by **mutual consent** with the Employer

2. If the employee mutually agrees with the Employer to work on a holiday, the employee will receive an **additional** day
off, that means one day off as a replacement for the holiday worked, plus another day off, as additional.

By the way, Good Friday is a Half Day Holiday under our USWW-BSSU CBA, and for this event, I regret letting you know
that I will not be able to work this Saturday because it is part of my Catholic Holy Week celebration.

Fraternally,

**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org

7/11/2021                                      Seiu#sww.org Mail - Good Friday



**United Service Workers West**

**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

---

**Daniel Paredes** <bssupresident@gmail.com>                    Tue, Apr 7, 2020 at 12:41 AM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Sanjay Garla <sanjay.garla@seiu-usww.org>, bssutrustee@gmail.com, Daniel Paredes <dparedes1986@gmail.com>

One point of clarification: Good Friday is now a full day off. It was previously a half day but that changed in the newest contract.

Everything else sounds correct to me.

Daniel Paredes, BSSU President

> On Apr 6, 2020, at 11:43 PM, Emiro Cuellar <emiro.cuellar@seiu-usww.org> wrote:

[Quoted text hidden]

---

**Sanjay Garla** <sanjay.garla@seiu-usww.org>                    Tue, Apr 7, 2020 at 6:08 AM
To: Daniel Paredes <bssupresident@gmail.com>
Cc: Alejandra Valles <alejandra.valles@seiu-usww.org>, Daniel Paredes <dparedes1986@gmail.com>, Emiro Cuellar <emiro.cuellar@seiu-usww.org>, Talia Reyes <talia.reyes@seiu-usww.org>, bssutrustee@gmail.com

Thanks for this clarification of BSSU's position.

The contract language is clear and states a protocol to follow in case an employee is required to work. There is also a long-standing past practice on how it has been interpreted that dues not line up with your interpretation. I am ccing Talia and Alejandra here as well so that you can direct your interpretation of the contract to them.

Emiro, I understand your preference and should be able to accommodate it. I will let you know ASAP

Sanjay
[Quoted text hidden]
[Quoted text hidden]

---

**Daniel Paredes** <bssupresident@gmail.com>                    Tue, Apr 7, 2020 at 10:53 AM
To: Sanjay Garla <sanjay.garla@seiu-usww.org>
Cc: Alejandra Valles <alejandra.valles@seiu-usww.org>, Daniel Paredes <dparedes1986@gmail.com>, Emiro Cuellar <emiro.cuellar@seiu-usww.org>, Talia Reyes <talia.reyes@seiu-usww.org>, bssutrustee@gmail.com

Good Morning Sanjay,

Yes, the contract clearly states that the protocol is by mutual consent with the Employer, and that Union members receive an additional day off (in addition to the holiday owed to the worker).

If you have violated the contract in the past and workers did not grieve it, it does not mean that in the future there will not be a grievance from affected members that are not consenting.

7/11/2021                                    Seiu-usww.org Mail - Good Friday

Daniel Paredes, BSSU President


On Apr 7, 2020, at 6:08 AM, Sanjay Garla <sanjay.garla@seiu-usww.org> wrote:


[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                    Tue, Apr 7, 2020 at 11:22 AM
To: Daniel Paredes <bssupresident@gmail.com>
Cc: Sanjay Garla <sanjay.garla@seiu-usww.org>, Alejandra Valles <alejandra.valles@seiu-usww.org>, Daniel Paredes
<dparedes1986@gmail.com>, Talia Reyes <talia.reyes@seiu-usww.org>, bssutrustee@gmail.com

You're welcome, Sanjay.

My preceding writing is not an interpretation, but an emphasis on the terms of a norm that is very clear. There is no place
for interpretations of a norm, when it is explicit and very clear.

Of course there is a protocol and it is the one I mentioned earlier - taken from the explicit rule, just emphasizing the
character of "may" and "mutual consent", that no other rule can subrogate, much less an alleged "past practice", which
could evidence a possible consuetudinary practice of violation of this contractual rule.

I beg you to quote at least the last two specific cases of that "past practice"; I am interested in legal controversy. I will
count the day you inform us of these cases to us, as the date we became aware of this possible violation of the contract,
for the purposes of  accounting for terms in an eventual Grievance process.

Thank you for accommodating my preferences of not working this Saturday. You can take it as a conscientious objection
per religious belief, as I expressed previously.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org

**United Service
Workers West**



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is
exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender
by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

---

**Talia Reyes** <talia.reyes@seiu-usww.org>                        Thu, Apr 9, 2020 at 4:55 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Daniel Paredes <bssupresident@gmail.com>, Sanjay Garla <sanjay.garla@seiu-usww.org>, Alejandra Valles
<alejandra.valles@seiu-usww.org>, Daniel Paredes <dparedes1986@gmail.com>, BSSU Trustee <bssutrustee@gmail.com>,
Mark Sharwood <mark.sharwood@seiu-usww.org>

7/11/2021                                        Seiu-usww.org Mail - Good Friday

Dear BSSU,

Recently there was an email exchange between Daniel Paredes, President of BSSU, Emiro Cuellar, BSSU member, and
Sanjay Garla, USWW VP.

BSSU asserted two interpretations of the CBA which are not factual. The language in question is Section 28: Holidays,
Section D. BSSU as articulated by Emiro Cuellar and confirmed by Daniel Paredes asserts the following:
1. The employee **may** work, instead of **must** work, and **only** by **mutual consent** with the Employer
2. If the employee mutually agrees with the Employer to work on a holiday, the employee will receive an **additional** day
off, that means one day off as a replacement for the holiday worked, plus another day off, as additional.

The contract language states: "If an employee is required to work an any holiday, he/she shall receive an additional day
off."

This means that USWW has the right to require an employee to work. If an employee works a holiday, that employee will
receive one additional day off (in lieu of the holiday), not 2 additional days.

I hope this clarifies the contract.

Sincerely,
Talia Reyes
Director of Human Resources & Talent Mgmt
SEIU - United Service Workers West
(213) 284-7753

[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                              Thu, Apr 9, 2020 at 11:07 PM
To: Talia Reyes <talia.reyes@seiu-usww.org>
Cc: Daniel Paredes <bssupresident@gmail.com>, Sanjay Garla <sanjay.garla@seiu-usww.org>, Alejandra Valles
<alejandra.valles@seiu-usww.org>, Daniel Paredes <dparedes1986@gmail.com>, BSSU Trustee <bssutrustee@gmail.com>,
Mark Sharwood <mark.sharwood@seiu-usww.org>

Dear Talia,

No, unfortunately your contribution does not bring clarification.

First, we have not questioned the Employer's right to require a worker to work on a holiday, but in order for the
interpretation of a legal norm to be as fair as possible, its analysis must be of the whole body of the norm.

Thus, it is very clear when considering the full text of the mentioned norm (part "D") that for the Employer's request to be
completed, there must be the consent of the Employee, mutually with the Employer. The language is made so that the
Employee, if he does not agree with the requirement of his Employer, can formally not consent, and the Employee cannot
be, in any way, forced to work on the corresponding holiday.

On the other hand, if the worker accepts the request, that constitutes the mutual consent. The norm establishes that in
this case, the worker, for having voluntarily renounced the enjoyment of the holiday, will be compensated with an
additional day, that means in addition to a day in lieu the worked holiday day. That is what justifies the insertion of the
term "additional"; otherwise, it would not make sense to have inserted it and it could have been said, for example, as
Sanjay said that the Employee "... can bank the holiday to use later." or something of equal meaning.

In this way, it is completely clear that, if an Employee agrees to work on a holiday, he is entitled to a replacement day plus
an additional day, in recognition of his voluntary collaboration of having renounced the enjoyment of a holiday.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT  13

7/11/2021                                    Seiu-usww.org Mail - (no subject)



Emiro Cuellar <emiro.cuellar@seiu-usww.org>

## (no subject)
1 message

**Emiro Cuellar** <cuellare@seiulocal1877.org>                    Sun, Jan 10, 2010 at 9:18 PM
To: Jose Huezo <josehuezo09@live.com>
Cc: Emiro Cuellar <emirocuellar@aol.com>

Hola José, ahí le envío adjunto copia de mi Weekly Plan, donde van anotadas las personas de mis House Visits.
Reviselo y téngalo en cuenta cuando planee sus house visits. Los site visits si tenemos que hacerlos juntos esta
semana, para poder entregar el volante de la reunión del sábado.

Mañana hablamos sobre su Weekly Plan, yo le voy a colaborar, tranquilo.

Fraternaly,

EMIRO CUELLAR

Organizer SEIU Local 1877

USWW- Multi-Service Campaign

213-840-9822 cell

cuellare@seiulocal1877.org

📄 **EMIRO Weekly Plan Enero 10-16  2010.doc**
     130K

# PLEASE REVIEW my WWP from Monday July 05, 2021 thru Sunday July 11, 2021

2 messages

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                    Wed, Jul 7, 2021 at 10:27 AM
To: Juan Carlos Cristales <juancarlos.cristales@seiu-usww.org>
Cc: Vu Nguyen <vu.nguyen@seiu-usww.org>
Bcc: Emiro Cuellar USWW <emirocuellar@gmail.com>

Good morning Juan Carlos,

As per your request, I am sending you -attached, my WWP (Weekly Work Plan) from Monday July 05, 2021 thru Sunday
July 11, 2021.

*Just to highlight, that the only activities that have fixed hours are the check-ins, Debriefs and Trainings
(webinars during this COVID-19 season), the rest of activities are part of my own freedom of will, as a salaried
Organizer, and their hours could vary, depending on the dynamic of the workday, and needed adjust to be able to
attend mandatory orders of my job Supervisors, and my personal, health and family matters.*

I would appreciate your suggestions, Events and Actions updates, corrections, additions, etc., and I will make any
adjustment to my Work Plan.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer

United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

**Service Employees International Union**
1800 Massachusetts Avenue NW
Washington, D.C. 20036

Office: 213-284-7197  **Cell: 323-652-2363**  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org

**United Service
Workers West**



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is
exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender
by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited.


📄 **2021 WWP EMIRO from Jul 05 to Jul 11, 2021.pdf**
    141K


**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                           Wed, Jul 7, 2021 at 10:29 AM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Juan Carlos Cristales <juancarlos.cristales@seiu-usww.org>

got it thanks
[Quoted text hidden]
--
Vu Nguyen

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 14

7/11/2021                                Seiu-usww Mail - Fwd: Workplan



Emiro Cuellar <emiro.cuellar@seiu-usww.org>

## Fwd: Workplan
2 messages

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                          Fri, Apr 24, 2020 at 10:45 AM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>, JC Cristales <juancarlos.cristales@seiu-usww.org>
Cc: Sanjay Garla <sanjay.garla@seiu-usww.org>

Hi guys
See attached sample work plan. Please use it to write your work plans from now on. Due on Mondays.

---------- Forwarded message ----------
From: **Daniel Juarez** <daniel.juarez@seiu-usww.org>
Date: Mon, Apr 20, 2020 at 5:00 PM
Subject: Workplan
To: Genoveva Aguilar <genoveva.aguilar@seiu-usww.org>
CC: Sanjay Garla <sanjay.garla@seiu-usww.org>, Vu Nguyen <vu.nguyen@seiu-usww.org>

Hi Geno,

Attached is the workplan for the week. I will be revising a good chunk of the latter half after tomorrow's external field mtg since I know we'll be dividing up work from the various campaigns that we're on. Talk to you soon!

Best,
--
*Daniel Juarez*
*External Organizer, Security Division*
*SEIU-USWW*
*daniel.juarez@seiu-usww.org | 619-408-6706*
*Pronouns: she/her/hers*

--

Vu Nguyen

📄 **Work plan 4.20.2020 to 4.25.2020.docx**
   34K

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                     Sun, Mar 21, 2021 at 4:37 PM
To: Emiro Cuellar USWW <emirocuellar@gmail.com>

Fraternally,

**EMIRO CUELLAR-CUELLAR**
External Organizer

United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

**Service Employees International Union**
1800 Massachusetts Avenue NW
Washington, D.C. 20036

Office: 213-284-7197  **Cell: 323-652-2363**  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org

**United Service
Workers West**



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

**Work plan 4.20.2020 to 4.25.2020.docx**
34K

San Diego Weekly Workplan:                    WEEK OF :    4/20-4/25                    Organizer: Daniel Juarez

**Specific Numbers for the Week:** (support cards, site probing, stories, etc)

Item:                    Your Number Goal:
*Building Site Visits*  45
*Count me in cards*    6
*Work Stories*          3

**Specific Events / Actions / Calls / Meetings / Turnout Goals for this Week:**

Upcoming Event:      Your Turnout Goal #:        # you are targeting:

**Probing Goals:**

What do you need to focus on this week:

conversation with Patty
Others to visit:
TOTAL COMPLETESITES: _____

**Any NEW or SPECIFIC MESSAGE IN THE FIELD THIS WEEK?**

Over All Message: Security officers are coming together to increase the standards for the industry as a whole. Join officers in Silicon Valley, Oakland, San Francisco and Los Angeles who work in the same companies as you & fought hard to have a union. Will you stand with over 2,000 San Diego officers to support a union here?

**Any particular assignment / role / job / facilitation YOU have to do this week?  Do you need help?**

*Digital Action Team *get stories lined up*
*Phonebanking LA County rally 4/21
*Airports Digital Campaign

| Leader / Activist / Spokesperson Name: | Worksite: | What are they working on this week? Include specific goals | When are you meeting them to give assignment? | When are you checking in / following up with them? | Task Completed? |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Weekly Calendar:** fill out as detailed as you can with STAFF MEETINGS, DEBRIEFS, CALLS, EVENTS, TIMES you are visiting SITES, meeting LEADERS, DOING DATA ENTRY, OFFICE Time, etc

| Time: | Monday: 4/20 | Tuesday: 4/21 | Wednesday: 4/22 | Thursday: 4/23 | Friday: 4/24 | Saturday: 4/25 |
|---|---|---|---|---|---|---|
| 9am to Noon: | 9am-6pm<br><br>9am Digital Team Check-in<br>-F/u with texts for DAT call-in info<br>11am San Diego Office Zoom Mtg<br><br><br>11:30 1:1 over phone with Ernesto | 9am-6pm<br><br>9:30am External Field Team Mtg<br>10:30am San Diego Office Zoom Mtg<br><br>11:30am F/u with Susan on her story | 9am-5pm<br><br>9am Digital Action team Check-in<br>10:30am San Diego Office Zoom Mtg | 9am-5pm<br><br>9am Digital Action Team Check-in<br>10:30am San Diego Office Zoom Mtg<br><br>*Subject to change* | 9am-5pm<br><br>9am Digital Action Team Check-in<br>10:30am SanDiego Office Zoom Mtg<br><br>*Subject to change | Off |
| Noon to 4pm:<br><br>*Swing visits* | 1pm Lunch<br><br>3pm Digital + Leg Meeting | 12pm LA County Rally turn-out<br>1pm Lunch<br>2pm Digital Action Team Folks-reach out about remaining quotes/stories | 12pm Facebook live event<br>1pm lunch<br><br>2pm Security Officers Phonebanking | 12pm Digital Action Team Orientation (tentative)<br><br>1:30pm Resources Webinar<br><br>2:30pm Digital+leg mtg | 1pm Lunch | |
| 4pm and on: | 5pm San Diego Office Zoom Debrief<br>6pm F/u with Ignacia | 4pm Digital Team Debrief<br>5pm SD Zoom Debrief | 5pm English Facebook live event | 5pm SD Team Debrief | 5pm SD Team Debrief | |

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 15

## My Weekly Work Plan (WWP), from Monday July 06 thru Sunday July 12, 2020

19 messages

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                    Mon, Jul 6, 2020 at 8:19 PM
To: Vu Nguyen <vu.nguyen@seiu-usww.org>

Dear Vu,

As per your request, I am sending you -attached, my Weekly Work Plan (WWP), from Monday July 06 thru Sunday July 12, 2020.

*Just to highlight, that the only activities that have fixed hours are the check-ins, Debriefs and Trainings (webinars during this COVID-19 season), the rest of activities are part of my own freedom of will, as a salaried Organizer, and their hours could vary, depending on the dynamic of the workday, and needed adjust to be able to attend mandatory orders of my job Supervisors, and my personal, health and family matters.*

I would appreciate your suggestions, Events and Actions updates, corrections, additions, etc., and I will make any adjustment to my Work Plan.

This WWP includes 20% (per your assignment) of my weekly time to work in the "SWA Janitorial Fremont, Palo Alto and Mountain View" project.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---


    **Work Plan EMIRO from Jul 06 thru Jul 10, 2020.docx.pdf**
    166K

---

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                    Mon, Jul 6, 2020 at 9:54 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

At the end of the week I'm going to check in the progress of your plan, if you reached of your goals.
[Quoted text hidden]
--
Vu Nguyen
SEIU-USWW
Organizing

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                    Tue, Jul 7, 2020 at 10:09 AM
To: Vu Nguyen <vu.nguyen@seiu-usww.org>

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 90 of 131    Page ID
#:90
7/11/2021                    Seiu-usww.org Mail - My Weekly Work Plan (WWP), from Monday July 06 thru Sunday July 12, 2020

Good morning Vu,

I hope to receive answers to the questions, concerns and opinions that I have expressed to you, both in my Weekly Work Plan, in the emails with which I have sent them, and in the most recent ones as well.

If you read my email and my Weekly Work Plan well, the resolution of the questions and concerns that I have asked are essential to finish and complete the Weekly Work Plan, so if you ignore them, I will not be able to complete it.

Please do not continue to ignore them, as it is the feedback I need from my supervisor to strengthen and/or improve my performance.

In addition, I respectfully reiterate the questions that I asked you over the phone and that you have not fully answered: is this sudden supervision only for me or is it a general measure for all members of the team?

I reiterate my opinion: Demanding many details and being meticulously watching whether or not one complies with the plan is micromanagement and bullying and that is prohibited and counterproductive, unfairly brings too much stress and concern to the organizer.

Despite your refusal of my question over the phone, I respectfully insist: If this procedure is for the entire group, please let me see how you are doing with each team member.

Thank you very much.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org

**United Service
Workers West**



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

---

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                      **Tue, Jul 7, 2020 at 11:11 AM**
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

What I'm asking from you is to do the required work that you are assigned to do. All organizers are required to turn in work plans weekly on Mondays and are required to execute those work plans to the best of their ability. I have been asking everyone to write the work plans in specific details for the past few months. This is nothing new. Your work plans consistently lack specific goals and purpose.

To answer your questions on the actual work plans:
Where it states:

- *What are they working on this week? Include specific goals*  I want you to indicate what you are asking them to do to help organize and build the union. For example, I suggested that you ask Gabriel Silva and Fredi Ortiz, two workers at SWA Fremont to assess non-assessed workers at Fremont like Maria Morales, Miguel Vasquez,

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 91 of 131    Page ID
#:91
7/11/2021                    Seiu-usww.org Mail - My Weekly Work Plan (WWP), from Monday July 06 thru Sunday July 12, 2020

Nancy Trujillo, and Pascual Castillo. It could be a number of things you can ask them to do but whatever that is must correlate with the overall goals of the campaign.

* **When are you meeting them to give assignment?** This is where you indicate which day and time you plan to contact people and give them assignments.
* **When are you checking in / following up with them?** This is where you indicate which day and time you plan to follow up after you have given those workers their assignments.

At this point, your main goal is to recruit leaders to build organizing committees at SWA and LA County AUS and assess workers.

The fact that you have challenges writing your work plans tells me that you have challenges of doing the basic work of an organizer at USWW. I am quite concerned about that.

[Quoted text hidden]

---

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                        Tue, Jul 7, 2020 at 8:38 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

When can expect your revised work plan?
[Quoted text hidden]

--
Vu Nguyen

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                              Tue, Jul 7, 2020 at 11:49 PM
To: Vu Nguyen <vu.nguyen@seiu-usww.org>
Cc: Daniel Paredes <bssupresident@gmail.com>, Daniel Juarez <daniel.juarez@seiu-usww.org>, Dolores Rivera
<dolores.rivera@seiu-usww.org>, Miguel Lopez <mlopez@seiu-usww.org>, Anton Farmby <anton.farmby@seiu-usww.org>,
David Huerta <david.huerta@seiu-usww.org>
Bcc: Emiro Cuellar USWW <emirocuellar@gmail.com>

"When can expect your revised work plan?" Tomorrow.

Is that all you have to write to me? Harass me more?

I am sad that things between you and me are getting worse the way they are evolving.

Arguing with arguments is healthy and, if it is done without bad intentions, although the positions are contrary, sooner or later harmony, concord, will come, as Heraclitus of Ephesus wisely said.

So, for the sake of continuing to search for harmony, in a healthy way, with my best intentions, I allow myself to continue expressing my opinions and ideas, but please do not ignore them.

I am so sorry to say this, dear Vu, but you insist in ignoring my questions, concerns, and opinions, and that is a poor way to develop staff.

Please do not mistake the origin, nature and purpose of my questions and request for information, do not distort them: I have no problem or challenge in making my WEEKLY WORK PLAN; what's more, I have been an instructor for new organizers or candidates, about exactly this matter, then you can forget your concern about it.

The questions that I am asking to you and the information that I am requesting to you, refers to a new format that yourself gave me to do the WEEKLY WORK PLAN, which although it is very similar to the one that we normally use throughout the USWW and previously in Local 1877, does have some additional, different windows, that only its creator can understand and know its purpose. I assume that you are the author of that modified version of the WEEKLY WORK PLAN.

I think that instead of trying to guess, I better ask you. It is not the most correct?

On the other hand, why do you keep writing to ask me to send you the WEEKLY WORK PLAN on Mondays, if I have been doing so? Please check the date of sending my emails. Or are you going to charge me that I did not send it when I have been, repeatedly, ill?

I am fulfilling my duties in an "excellent" manner, as you by yourself have said and recognized until last week. There are recorded Zoom video calls. It is easy for you to ask to see them.

Suddenly, for a few days now, more exactly since Thursday July 2, 2020, you have been showing changes in the way you carry out your supervision, your direction, becoming more demanding and asking for too much details in the WEEKLY WORK PLAN, especially. And now, you announce to me that "At the end of the week I'm going to check in the progress of your plan, if you reached of your goals." Sounds like a menace, a warning.

It seems as if you are more interested in the diagnoses, in the elaboration of the Plan (and my eventual faults?), than in the results.

I have many good (documented) results that you yourself have recognized, not only with the LA County Campaign, but with the special assignment of SWA workers at NorCal.

Working for results is a modern version of administration, as opposed to the archaic model of super-detailed supervision in the design of plans and strategies, with millimetric monitoring of whether those plans are fulfilled.

Here a question arises, with all due respect: do you intend to use WEEKLY WORK PLAN and its strict compliance as a disciplinary argument against me?

The way in which you have been supervising, or directing the performance of the staff, according to what I have discussed with some of my colleagues, is an archaic and unhealthy form of management: micromanagement, which easily leads to bullying considering your working superior position over us, which ends up being labor harassment. Worse yet, you are not doing it the same for everyone.

You are discriminating against me? Why?

I say that micromanagement is sickly, because this is bringing us serious and unfair burdens of stress, uncertainty and restlessness that affects our emotional balance and damages our mental health and performance at work.

In our telephone conversation, I realized that you wanted to hear me telling you that I am not going to follow your instructions, which would very surely lead to a disciplinary sanction ("and possible discharge" as the USWW usually writes us, even in simple warnings).

No, I did not and I am never going to tell you that I am not going to follow your instructions, because my family and I need this job, but I do honestly tell you that I openly protest your impositions, because I feel constrained, forced, threatened by you to do things the way you want them to be done, your way.

Equally important is to clarify that my WEEKLY WORK PLANs always contain specific goals and purpose; It is not true what you say about "Your work plans consistently lack specific goals and purpose." Please show me a WEEKLY WORK PLAN of mine that lacks that. Also, if that were so, why did you not point it out the first time and offered me your support, as appropriate?

I look forward to hearing from you about my questions and concerns. Stop your labor harassment.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                                    Wed, Jul 8, 2020 at 8:59 AM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

I answered your questions that are relevant to the specifics of the work plan that I asked you to revise. I expect you to
revise your work plan as asked you to do. Will comply with what I have asked you to do?
[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                            Wed, Jul 8, 2020 at 11:11 AM
To: Vu Nguyen <vu.nguyen@seiu-usww.org>

I will work immediately to update my Weekly Work Plan.

No problem. With your guideline on the " *What are they working on this week? Include specific goals* " and the
examples of the Weekly Work Plans of my coworkers, who have not been asked to make corrections, I am able to fill out
that part.

I really did not ask for instructions about the boxes "*When are you meeting them to give assignment?" and "When are
you checking in / following up with them?*", because it is clear that is a date that I choose, but thank you anyway.

It seems that still a question remains to be resolved: "*** Vu, Please let me know if I must put a day and hour for all
these people and others whom I am going to call. Thanks.", but considering the examples of Weekly Work Plan of my
colleagues, who have not been asked to make corrections, I will not note all my targets, but only the current
leaders/activists and potentials, without marking an specific date/hour for each of them, unless that I have established a
1:1 with any of them.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org

**United Service
Workers West**



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is
exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender
by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                            Wed, Jul 8, 2020 at 11:36 AM
To: JC Cristales <jcristales@msn.com>



Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org



**United Service
Workers West**

**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

---

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                Wed, Jul 8, 2020 at 1:01 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

I'm sorry I thought you asked for instructions about the boxes *"When are you meeting them to give assignment?" and "When are you checking in / following up with them?"*

regarding *** Vu, Please let me know if I must put a day and hour for all these people and others whom I am going to call. Thanks."
Only put the dates and times when you plan to contact the leaders/activists/targets

[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                        Wed, Jul 8, 2020 at 1:34 PM
To: Vu Nguyen <vu.nguyen@seiu-usww.org>

Dear Vu,

As per your request, here is my Corrected Weekly Work Plan (WWP), from Monday July 06 thru Sunday July 12, 2020.

*Just to highlight, that the only activities that have fixed hours are the check-ins, Debriefs and Trainings (webinars during this COVID-19 season), the rest of activities are part of my own freedom of will, as a salaried Organizer, and their hours could vary, depending on the dynamic of the workday, and needed adjust to be able to attend mandatory orders of my job Supervisors, and my personal, health and family matters.*

I would appreciate your suggestions, Events and Actions updates, corrections, additions, etc., and I will make any adjustment to my Work Plan.

This WWP includes 20% (per your assignment) of my weekly time to work in the "SWA Janitorial Fremont, Palo Alto and Mountain View" project.

Please let me know if something else is needed.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org

www.seiu-usww.org



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

 **Corrected Work Plan EMIRO from Jul 06 thru Jul 10, 2020.docx.pdf**
165K

---

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                    Wed, Jul 8, 2020 at 1:55 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

I received your work plan.  Thank you.

One thing I suggested is that you have the current supporters in SWA to assess the other unassessed workers.  I didn't see that in your plan.  Is that something you plan to do?

Reminder, starting this week I would like for you to only contact LA County AUS security officers in the Mental Health facilities, other then your current targets for the July 16th event turnout, for the time being.  Please assess each contact and mark them in the google document and indicated the date of each new assessment.

thank you
[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                            Wed, Jul 8, 2020 at 2:41 PM
To: Vu Nguyen <vu.nguyen@seiu-usww.org>

" have the current supporters in SWA to assess the other unassessed workers  " Yes, I already started with that, and some of them are trying to get their phone numbers, or give them a greeting from the Union. I'll update the assessments on Friday.

"Please assess each contact and mark them in the google document and indicated the date of each new assessment." Yes I input the assessment's date. Please, what document do you refer to? the SWA list, or the AUS lists, or both?


Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org



**United Service
Workers West**

**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

---

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                    Wed, Jul 8, 2020 at 2:45 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

Thank you

[Quoted text hidden]

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 16

7/11/2021                                                        Seiu-usww.org Mail - (no subject)

## (no subject)

4 messages

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                    Wed, Jun 24, 2020 at 10:09 AM
To: Anton Farmby <anton.farmby@seiu-usww.org>
Cc: Juan Carlos Cristales <juancarlos.cristales@seiu-usww.org>, Sanjay Garla <sanjay.garla@seiu-usww.org>, Vu Nguyen
<vu.nguyen@seiu-usww.org>, Yanira Castro <yanira.castro@seiu-usww.org>

Good morning all,

This is to inform you that I do not feel in good conditions to work and I have to take the rest of the day today
Wednesday June 24, 2020 as a sick day.
--
Fraternally,


Emiro Cuellar
Organizer
SEIU-USWW
828 West Washington Boulevard
Los Angeles, CA 90015

(323) 652-2363
emiro.cuellar@seiu-usww.org

---

**Yanira Castro** <yanira.castro@seiu-usww.org>                                    Wed, Jun 24, 2020 at 10:47 AM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>, Anton Farmby <anton.farmby@seiu-usww.org>
Cc: Juan Carlos Cristales <juancarlos.cristales@seiu-usww.org>, Sanjay Garla <sanjay.garla@seiu-usww.org>, Vu Nguyen
<vu.nguyen@seiu-usww.org>

Good morning Emiro,


I hope you will feel better soon. Next time please let Talia know also.


Thank you,


Yanira

[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                    Wed, Jun 24, 2020 at 10:34 PM
To: Yanira Castro <yanira.castro@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, Juan Carlos Cristales <juancarlos.cristales@seiu-usww.org>, Sanjay
Garla <sanjay.garla@seiu-usww.org>, Vu Nguyen <vu.nguyen@seiu-usww.org>

Oops, sorry.

I know that, Yanira, sorry. I just was bad at the moment I sent the email.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 17

 Gmail

**Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>**

## Re: Grievance on Behalf Grievance on Behalf of Emiro Cuellar Regarding Violation of Section 19 (Discharge and Discipline)

1 message

**Emiro Cuéllar Cuéllar** <emirocuellar@gmail.com>                                         Thu, Apr 8, 2021 at 8:56 PM
To: Vu Nguyen <vu.nguyen@seiu-usww.org>
Cc: Talia Reyes <talia.reyes@seiu-usww.org>, Daniel Paredes <bssupresident@gmail.com>, Anton Farmby
<anton.farmby@seiu-usww.org>, Sanjay Garla <sanjay.garla@seiu-usww.org>, Daniel Paredes <dparedes1986@gmail.com>

Daniel,

Again, thank you very much for your excellent Union Representation, and your Notes.

I want to clarify, for the notes:

I stated that due to the long and intermittent USWW labor harassment against me -since September 2010, I have
had to accept to my doctors to use (psychiatric) medicines for the nerves, to which I have had to increase their
dose in peak epochs produced exclusively by this cruel... disproportionate labor harassment, as from last year,
2020. Since 2010 I have not stopped taking those medicines, due to USWW's ongoing, intermittent, labor
harassment, which have brought me several and awful secondary effects, and been obliged to take around 10 to
14 medicines. Daily.

It is clear Talia and USWW don't care about my health. She made no comments or references at all.

I told her that -as a result of those medicines, in those meetings that she says that I was not cooperative, I was not
feeling well; I was affected by those medicines, sleepy and tired, and I told her that I had also lost faith in her,
because for a long time she has been talking to me and giving me answers like any other manager, indolent and
cruel. I told her that I would not insist on continuing with my complaints of discrimination and/or retaliation <u>within</u>
the USWW because I could not find guarantees of justice, impartiality and due process (for example the wretched
and desecrated "progressive discipline").

I think that left Talia worried, who does not care about my health, and most likely after consulting with her superiors
-who also do not care about my health, and I think that also highly probably they consulted with USWW lawyers.
Since then, Talia is always asking me for information about the complaints that I have previously submitted, and
she and Vu Nguyen are cuttingly looking for answers in me that favor their probable -but mysterious,
"investigations" in which I believe that what that she seek is ONLY to protect, at all costs (including my health), the
USWW's interests and those of some managers who, for several years, did not respond to my complaints in time.

Am I obliged by my employer to show or re-submit old discrimination/retaliation complaints?

Mr. Vu,

Let me bring truth to the "inaccuracies" that you continually and repeatedly bring:

First, what both of you, Vu Nguyen and Sanjay Garla both my supervisors as you stated, can't stand is that I have
openly brought out my opinion/critique about your mediocre work performance. Even in writing to the Executives of
USWW.

Neither Talia, nor the other highest managers of USWW not only did not speak out, and what I received was that
you and Sanjay, incremented the labor harassment over me and, in about a month, you gave me a "Final
Warning".

No fanfare sounds on this side of the river.

It seems that what both of you received from President David Huerta and his court was a Certificate of Marque to
find a way to fire me.

ABOUT YOUR ABOVE "inaccuracies":

"Emiro did speak to me about his struggles with the Security Officers at LA County and he did mention that communicating in English language was one of his challenges, but not the only challenge."

That is untrue: I NEVER complained to you or Sanjay, or anyone else, about language problems that were a problem in doing my job at the LA County Security Officers Campaign. I have always and permanently said that I had no problem in 1on1's with Securities, and that my only problem is LISTENING / UNDERSTANDING, especially in group meetings.

"On several occasions he said that he had been on that campaign..."

What is the problem in saying that? Of course I have said, every time I am asked, that I was in that campaign for more than eight years. What policy did I violate by saying that?

"... for many years and had done several strategies and none were successful and that he doesn't believe that we can win there." (sic)

I have never said that. That is ridiculous and completely untrue and your comment could be libelous and/or slanderous. On the contrary, I have always said that we won that Campaign at least three (3) times, in which we achieved MUCH, MUCH more than the necessary percentage of Security Officers signing the Union card.

Mr. Anton Farmby is the appropriate person to tell you the reasons why that Campaign was not won previously, having signed a very high majority of Security Officers -at least three times, specially per my efforts/performance.

I have all my work and performance documented in great detail.

He asked on several occasions for new opportunities to showcase his organizing skills.

I don't know what your purpose will be with this statement, but I have long ago stopped expecting anything good from your evil intentions.

But, regarding this, I have numerous and detailed documented the times in which I have asked the USWW for help, support, training and development, and the vast majority of opportunities have not been answered, like for example the times when I was menaced with fire-gun, in the field, by angry antiUnion security Officers.

Plus, Sanjay Garla and myself supervise Emiro, not Itzel or Juan Carlos. Neither of them have any authority to change Emiro's assignment. Any changes to Emiro's work assignment were done because Sanjay and I agreed to do so and had Itzel and Juan Carlos to communicate those changes to Emiro.

Strange perspective from which you try to show the facts: Itzel and Juan Carlos expressed to you (I think to both of you, my two supervisors) their need so that their Teams could function optimally and yes ... you accepted their requirements. It was not the other way around. That was not born from any of you. I have it documented too.

Emiro was invited to the meeting that the SWA workers requested as soon as it was scheduled. The workers requested the meeting because they had concerns with Emiro. Then Emiro didn't show up to that meeting.

This is another proof of your bad faith against me. This is also totally FALSE: The day before (Friday) that meeting, I surprised you two (my two supervisors, Sanjay Garla and Vu Nguyen, as you stated), trying to have that Zoom meeting -behind my back, with a few problem workers from my assignment.

They were NOT conflictive with me; I never had an issue with any of them. The problem was organizational and I asked you for help from the beginning, for many months (documented in writing) asking you to facilitate the transition from the previous Organizer to me. Both of you let the problem grow, I think it was out of wanting to harm me.

Both of you, facing my claim (in writing that Friday), for trying to undermine my performance, Sanjay apologized (in writing) to me; I think you never did, and both of you were forced to invite me at the last minute (it was like 5pm on Friday), not "as soon as it was scheduled" as you falsely said. Very easy to demonstrate checking the Google Calendar. (I have this documented, too).

The only concern a very few workers had with me was that they only wanted to continue talking with the previous Organizer (which is contrary to the Organizing standards learned in the Training at IU Labor College and practiced by everybody in the field)  and not with me, and you not only never helped solve that (for more than 10 months), but you allowed and helped that happen and grow, behind my back.

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 103 of 131    Page ID #:103

7/11/2021          Gmail - Re: Grievance on Behalf Grievance on Behalf of Emiro Cuellar Regarding Violation of Section 19 (Discharge and Discipline)

I could not attend that meeting on that next day (Saturday) because I could not disengage from previous commitments, as I communicated to you (in writing).

Sincerely,

*Emiro Cuéllar-Cuéllar*
"Opposition brings concord. Out of discord comes the fairest harmony" Heraclitus of Ephesus
"Las ideas opuestas conducen a la concordia. De las más grandes discordias se llega a la más perfecta armonía" Heráclito de Efeso

On Thu, Apr 8, 2021 at 12:50 PM Vu Nguyen <vu.nguyen@seiu-usww.org> wrote:
Daniel

Thanks for providing your notes.
I want to clarify that Emiro did speak to me about his struggles with the Security Officers at LA County and he did mention that communicating in English language was one of his challenges, but not the only challenge. On several occasions he said that he had been on that campaign for many years and had done several strategies and none were successful and that he doesn't believe that we can win there. He asked on several occasions for new opportunities to showcase his organizing skills. Plus, Sanjay Garla and myself supervise Emiro, not Itzel or Juan Carlos. Neither of them have any authority to change Emiro's assignment. Any changes to Emiro's work assignment were done because Sanjay and I agreed to do so and had Itzel and Juan Carlos to communicate those changes to Emiro.
Emiro was invited to the meeting that the SWA workers requested as soon as it was scheduled. The workers requested the meeting because they had concerns with Emiro. Then Emiro didn't show up to that meeting.

On Thu, Apr 8, 2021 at 10:17 AM Talia Reyes <talia.reyes@seiu-usww.org> wrote:
Daniel,

Thank you for your providing copies of your version of the notes from the meeting yesterday.

Please provide the copy of the email that Emiro referred to in the meeting yesterday regarding claims of discrimination based on his age, nationality, or language skills. As explained in the meeting, this is the first time that I was made aware of this email. I met with Emiro on 2/18/2021 & 12/11/2020 to follow-up on other claims of discrimination, including language, and the email was not mentioned. In both meetings Emiro stated that he did not have any claims of discrimination.

Talia Reyes
Director of Human Resources & Talent Mgmt
SEIU - United Service Workers West
(213) 284-7753

On Wed, Apr 7, 2021 at 5:07 PM Daniel Paredes <bssupresident@gmail.com> wrote:
Second Step Grievance Meeting: Emiro Cuellar (Last and Final Discipline)

Union:
Emiro Cuellar
Daniel Paredes

SEIU-USWW:
Vu Nguyen
Talia Reyes

- Union: Emiro stated that he sent an email in 2020 to Vu Nugyen and Sanjay Garla asking why they were treating him in a discriminatory manner, and specifically asked if this was related to his age, nationality, or language skills. Problems between Emiro with Vu and Sanjay around March, 2020.
    ○ Daniel: This falls under Equal Employment Opportunity (EEO) statutes.
- Talia: Asks why Emiro failed to cooperate when she followed up in 2020.
    ○ Emiro stated that he felt demoralized when he was told that he would not be allowed to take English classes. He no longer wished to cooperate at that point in time.

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 104 of 131    Page
ID #:104
7/11/2021                Gmail - Re: Grievance on Behalf Grievance on Behalf of Emiro Cuellar Regarding Violation of Section 19 (Discharge and Discipline)

- Vu: States that Emiro was accommodated several times.
    - Emiro: States that it is not true that he was accommodated.
- Vu gave examples of USWW's attempt to accommodate (email also attached) :
    - LA County security officers campaign language barrier led to SWA janitorial campaign because those workers mostly spoke Spanish
    - A Sacramento GOTV issue
    - Switched from SWA to LA County Multi-Services
- Emiro responds entirely in English: States that he has had to increase medications to deal with the higher levels of stress.
    - Emiro was not moved from GOTV at his request, that is inaccurate. He was working with Itzel Maganda during GOTV, but Rosario Ramirez was trying to behave as her Supervisor when Emiro reached out to her about one of Rosario's contacts. That was the training everyone was given during GOTV. There was nothing Emiro did incorrectly. He was told he would no longer work with Rosario to avoid further issues, but nothing was done incorrectly. Itzel switched Emiro, not Vu.
    - Emiro was not switched from SWA to LA County Multi-Services at his request. Vu and Sanjay undermined Emiro by organizing a meeting without Emiro's participation. Emiro discovered the meeting, he was not initially invited.
    - All assignments were provided in writing because specific assignments should always be in writing, not as a special accommodation. Assignments were provided in writing for reasons of clarity.
    - Emiro was never informed that he was moved from LA County security officers to SWA janitorial campaign because of any language barriers. Emiro was on that campaign for 9 years and he never complained about any language barriers. Emiro has no problems with 1:1 conversation in English.
        - Vu: Did you not request to be moved from the LA County security campaign?
            - Emiro: He was moved by USWW. Emiro requested clarification about the campaign he was assigned to. Emiro expressed concerns about how his time was being split between two campaigns. Emiro was told that a certain percentage of his campaign was for SWA and the other part to the LA County security campaign. Juan Carlos Cristales was the person that stated he needed 100% of Emiro's time in LA County Multi-Services.
- Union: Requests the documentation from the investigation about the claims that Emiro was "disruptive" or uncooperative during team meetings.
    - Talia: Requests witness testimonies in support of Emiro. Talia states that this is the first time she heard about the email Emiro sent about discrimination about age or nationality. Talia also states that she also tried to investigate Emiro's allegations twice and Emiro became uncooperative.

The Union will be following up with FMCS to request mediation.

**Daniel Paredes**
BSSU President
📱 : 323.445.0957 | ✉: bssupresident@gmail.com

--
Vu Nguyen
SEIU-USWW
Organizing

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 18

Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 106 of 131    Page
ID #:106
7/11/2021                    Seiu-usww.org Mail - Report of yesterday's work and a question: Why are you discriminating against me?

## Report of yesterday's work and a question: Why are you discriminating against me?
4 messages

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                   Wed, Jul 8, 2020 at 12:34 PM
To: Vu Nguyen <vu.nguyen@seiu-usww.org>
Cc: Juan Carlos Cristales <juancarlos.cristales@seiu-usww.org>, Anton Farmby <anton.farmby@seiu-usww.org>, David
Huerta <david.huerta@seiu-usww.org>, Daniel Paredes <bssupresident@gmail.com>, Sandra Ocampo
<bssu.socalsecretary@gmail.com>

As per your request, I am sending the list of commitments recruited (started yesterday, per order of Anton Farmby), for
the "LA County Workers Zoom Meeting" on Thursday July 16, 2020:

1. Frank Aguilar - CSSS Hdqr
2. Carlos De Leon - Expo Park
3. Cristian Guevara - DPSS IHSS
4. Noel Hernandez - DPSS Glendale
5. Garry W. Jackson - DPSS Lancaster
6. Ayhanna James - Hudson Clinic
7. Salomon Melchor - DCFS LA MART
8. Raymond Palisoc - MH Valencia
9. Jesus Velasquez - DPSS S Fdo GROW
10. Jennifer Sanchez - Expo Park

That was the product of 37 phone calls yesterday, and 12 good conversations.

Dear Vu,

Please help me with the following: I would like to understand why you interrupted me several times at the meeting today
and you did not give me the opportunity to complete my results report (which, by the way, you are requesting for the first
time), as did you give it to others?

Why didn't you let me give you a full answer to your questions?

Why only ask me for a written report?

Why do you laugh when I give you answers?

Why are you discriminating against me? It is for my color, my national origin or on account of my age?

Thank you.

Fraternally,

**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 19

## Meeting to clarify LA County Security Campaign plans and your assignments
5 messages

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                    Wed, Jul 8, 2020 at 10:05 AM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, Talia Reyes <talia.reyes@seiu-usww.org>

Emiro,
I'm scheduling our meeting for 3pm today and Anton Farmby will join us.  English is a requirement of hour employment.
However, we encourage you to invite someone to be present that will help with translation,
I will send a Zoom invite for 3pm.

thank you

--
Vu Nguyen
SEIU-USWW
Organizing

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                            Wed, Jul 8, 2020 at 12:58 PM
To: Vu Nguyen <vu.nguyen@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, Talia Reyes <talia.reyes@seiu-usww.org>, Juan Carlos Cristales
<juancarlos.cristales@seiu-usww.org>, David Huerta <david.huerta@seiu-usww.org>

Mr Nguyen,

I think you are very wrong, Mr. Nguyen, in telling me that "English is a requirement of hour employment" (*sic*).

I asked Mr David Huerta, USWW President, exactly about this matter and his answer was "No. This is a bi-lingual place".

Now it is clear to me that you are discriminating against me because of my language barriers because of my national
origin, as President Trump does with all immigrants. And now you ask me to bring a translator, when it has always been
provided by USWW, and previously by Local 1877.

This is already too serious and for the implications that it brings, I refer to my superiors, Anton Farmby and David Huerta,
because I do not find any guarantee in having a meeting with you.

Mr Farmby and Mr Huerta, with all due respect, please let me know your instructions.

Thank you very much.

Fraternally,

**EMIRO CUELLAR-CUELLAR**
External Organizer SEIU - United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

Office: 213-284-7197  Cell: 323-652-2363  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 20

7/11/2021                                    Seiu-usww.org Mail - Summary of persecution until Aug. 2020

**Subject: Response to claims of discrimination**
------------------------

From: **Vu Nguyen** <vu.nguyen@seiu-usww.org>
Date: Wed, Jul 8, 2020 at 4:50 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, Talia Reyes <talia.reyes@seiu-usww.org>


Emiro,


Today's meeting  was scheduled in response to your request for clarification on the campaign.  You had requested
that USWW provide a translator, which we have already explained that we are not required to do.  This issue has been raised
by USWW with your staff union in the past and USWW maintains that we will not provide translation services.


Requiring you to speak English is a requirement of your job.  We understand that there are bilingual staff, but English has
always been a requirement of the job.  It has always been a job requirement. This requirement is not imposed only on you,
and it has nothing to do with your national origin.  You are of course free to speak any language on the job, and your ability to
speak Spanish is of course helpful.  Yet you must be able to converse in English when required. Staff may offer to help one
another when needed, but ultimately you are responsible for ensuring you are able to participate. In the past we have also
worked with staff to allow them to take English classes.


I am your supervisor, not David Huerta or Anton Farmby,  and will continue to be directing your work.


--
Vu Nguyen
SEIU-USWW
Organizing

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 21



Emiro Cuellar <emiro.cuellar@seiu-usww.org>

## Written warning
18 messages

---

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                      Thu, Dec 10, 2020 at 4:03 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>
Cc: Daniel Paredes <daniel.paredes@seiu-usww.org>

Emiro,

See attached

--
Vu Nguyen
SEIU-USWW
Organizing

> 📄 **Emiro Cuellar written warning unprofessional conduct 12.9.20.docx**
> 25K

---

**Vu Nguyen** <vu.nguyen@seiu-usww.org>                                      Fri, Dec 11, 2020 at 7:10 PM
To: Emiro Cuellar <emiro.cuellar@seiu-usww.org>

Emiro,
Attached is a copy of your written warning in PDF format.
[Quoted text hidden]

> 📄 **Emiro Cuellar written warning unprofessional conduct 12.9.20.pdf**
> 34K

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                             Mon, Jan 11, 2021 at 7:24 PM  ⬅
To: Vu Nguyen <vu.nguyen@seiu-usww.org>
Cc: Talia Reyes <talia.reyes@seiu-usww.org>, Daniel Paredes <bssupresident@gmail.com>, Daniel Paredes
<dparedes1986@gmail.com>, David Huerta <david.huerta@seiu-usww.org>, Anton Farmby <anton.farmby@seiu-usww.org>,
Alejandra Valles <alejandra.valles@seiu-usww.org>, Sanjay Garla <sanjay.garla@seiu-usww.org>, Mark Sharwood
<mark.sharwood@seiu-usww.org>

Mr. Vu Nguyen
Assistant Organizing Director
Service Employees International Union, SEIU
United Service Workers West, USWW
828 West Washington Boulevard
Los Angeles, CA 90015

VIA EMAIL

Dear Mr. Nguyen,

Please consider this formal notification of a Grievance filed on behalf of myself and on behalf of Building
Services Staff Union, BSSU (hereinafter together referred to as "the Union") against USWW (hereinafter
referred to as "the Employer") for violation of Sections 12, 13 and 14 of the current Collective Bargaining
Agreement (hereinafter "the CBA").



Please include my BSSU Union Representative, Daniel Paredes.

As an integral part of this Grievance, I will respond and comment on your assertions (in red font - highlighted bold text are mine) in the Memo with which you imposed that unfair disciplinary sanction (Written Warning) on me:

"... for **unprofessional conduct**..."
"... for telling SWA workers that if they continue to contact Dolores Rivera for campaign information, she will get in trouble."

> The "Personnel Policies & Procedures" of USWW says
>
> "Professional Conduct.
> Organizing members or unorganized workers requires professional conduct on the part of all staff. Organizers and Reps (sic) are responsible for representing the organization in all contact and conduct with the members and non-union workers and to treat all workers in a professional manner. [...]"
>
> Your assessment on my conduct is a subjective assessment on your part. There is no technical support (citation of the rule or policy violated with my alleged "unprofessional" conduct).
>
> First, the matter motive of your disciplinary measure against me, did not went addressed to a group of workers, it only went to one, Mr. Federico Espino, and the way in which I did it was the manner in which I expressed myself to give him information, in order to improve the dynamics of this Campaign.
>
> That was a free expression of mine, in use of my constitutional freedom of expression (Amendment I to the Constitution of the United States).

"... it is **inappropriate to air your frustrations to workers and threaten** that their actions may lead to discipline of another staff person."

> This is your personal, subjective, assessment. There is no technical support (citation of the rule or policy violated with my alleged "unprofessional" or "inappropriate" behavior).
>
> I did not air any frustration to this worker by informing that to that worker. You, biased and subjectively, qualify it as a "threat", but it is your word, not mine; it was not the words I used to inform that worker.

"... you admitted to doing so." "You also admitted to **telling Dolores that you will file a complaint against her** if she continues to answer calls and questions from SWA workers."

> Yes, I informed Dolores that I **could** file a complaint against her if she continued to answer calls and address worker issues in my SWA assignment.
>
> Dolores was, has been, and continues in violation of the USWW "Professional Conduct" policy and procedure that states:
>
> "[...] In addition, it is important to build worker loyalty to their own institution and not to any individual staff member."
>
> I have complained about that issue to you and Sanjay Garla, several times verbally and in writing once, and neither you nor Sanjay Garla have done anything to correct that; on the contrary, surprisingly, and astonishingly, you and Sanjay organized, at Dolores's request, a meeting with those workers assigned to me, behind my back. It is not true that you notified me of that meeting, much less that you invited me, as I will show you later.

Again, yes, I informed Dolores that I **could** file a complaint against her if she continued to answer calls and address worker issues in my SWA assignment.

I take your procedure as that you are disciplining the violation's complainant.

"By telling workers that Dolores may be disciplined for them calling her, **you cause distrust amongst the workers and undermine the campaign**."
"in addition, **it is not appropriate for you to ask Dolores to not answer calls from SWA workers**."

This is your personal, subjective, assessment. There is no technical support (citation of the rule or policy violated with my alleged "unprofessional" or "inappropriate" behavior).

You say that I caused "distrust among the workers". What specific workers? You did not mention any workers' complaints. Where is the burden of proof for that? I have the right to know it to be able to refute them.

You say that I "undermine the campaign". In what objective way do I supposedly undermine the campaign, and what is the supporting evidence? I have the right to know them and to be able to refute them.

"**On multiple occasions I made it clear that** when workers have doubt during organizing campaigns and express their concerns to whomever they choose, it is important for our team to work in unison and in support of one another."

That is not true, Mr. Vu. Despite my poor listening / understanding of the English language, with the 20% to 40% that I understand, you never said that before these events got worse.

If I had listened to it, from you or from Sanjay Garla, I would have protested, because that goes against the USWW "Professional Conduct" policy, against the organizational standards forever practiced when leaving a campaign and assuming another, and also because that is misuse of union funds.

"When SWA workers contacted Dolores in early September of this year expressing concerning regarding the campaign, **I scheduled a meeting with them on September 19th and invited you, Sanjay, and Dolores. You did not attend that meeting**. Sanjay, Dolores, and I **defended you to the SWA workers** saying that you were doing everything to help them win and that it is in their best interest to work with you. **I debriefed you on this meeting the following week**." (sic)

That meeting with workers assigned to me to organize them was planned behind my back.

You and Sanjay Garla were going to carry it out, per Dolores Rivera's request; all of you were going to do it without my participation and without my knowing it.

It is not true that you notified me and invited me to that meeting.

I knew about that meeting by myself because I saw on the USWW Google calendar that meeting.

You found that I knew out because I wrote an email protesting that meeting behind my back, to Dolores the day before, Friday September 18, 2020 at 01:38 pm and I sent a copy to you, to Sanjay and to Anton, submitting a formal complaint and requesting investigate that fact and denouncing that all of you (not Anton) were undermining my work and the Campaign. Neither you, nor Sanjay, nor Anton did anything.

Also, in my email on Friday, September18, 2020 at 03:10pm I requested to you and Sanjay to be invited to that meeting.

It was after my email that you began to try to fix that mess, with the intervention of Sanjay Garla, who acknowledged his mistake.

You cannot reproach me for not having participated in that surreptitious meeting, to which I forced you to invite me; it was already Friday evening. In the end I could not get rid of other commitments and could not attend, as I informed you.

"**I also made it clear that** when workers have doubt during organizing campaigns and express their concerns to whomever they choose, it is important for our team to work in unison and in support of one another, **like we did on your behalf at the meeting on December 19th**."

I refer to my answer above:

That is not true, Mr. Vu. Despite my poor listening / understanding of the English language, with the 20% to 40% that I understand, you never said that before these events got worse.

If I had listened to it, from you or from Sanjay Garla, I would have protested, because that goes against the USWW "Professional Conduct" policy, against the organizational standards forever practiced when leaving a campaign and assuming another, and also because that is misuse of union funds.

Considering the hostile work environment of Sanjay and you against me, with due respect, I doubt that you have assumed a supportive position for me in that meeting, as it should be since it was the institutional image that was involved.

If you really had wanted to support me, and collaterally the USWW institution, none of you would have agreed to have a meeting with the workers under my charge behind my back.

"**I also made it clear that I instructed Dolores to record messages and forward them to you** and cc me if SWA workers contacted her again."

There is no evidence that you did -and less at the opportune moment, beyond your word, which you yourself have led me to doubt.
You never notified me of anything like that.

"**On November 17th, I was made aware of your conversations with the SWA workers** claiming that Dolores will get disciplined if they continue to call her."

According to your assertion, that is the day you became aware of the "incident": Tuesday November 17, 2020.

I worked on Wednesday November 18, 2020.

"You were on approved **time off November 13th to 25th** and November 26-27 were the Thanksgiving holidays."

That is not correct: I was not on time off from November 13 to November 25, 2020 as you claim.
At your insistence - and just for my belief - you interrupted my original request for time off, forcing me to agree to work on Wednesday, November 18, 2020.

"Instead of respecting my instructions, **you undermined the integrity of SEIU-USWW** by voicing grievance to the workers."

Regarding the events surrounding this incident (and others during my Assignment to SWA workers) that have not allowed me to develop my work properly, if someone has been undermining the integrity of SEIU-USWW it has been you, Mr. Sanjay Garla and Dolores Rivera, by not giving me all the tools available

2/27/22, 10:38 PM    Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 116 of 131    Page
ID #:116
uswww.org Mail - Written warning

on time from the very beginning of my assignment, not having supported the Organizer (in this case I)
during normal events that happen with the workers due to the probable bond that they naturally develop
with previous organizers.

In this way you have been wasting the funds of the USWW members that are used to pay my salary by
not allowing me to perform adequately, being totally in your hands, power, and decision to have been
able to do so.

## DESCRIPTION OF CONTRACT BARGAINING AGREEMENT VIOLATIONS

Section 2. AFFIRMATIVE ACTION AND CULTURAL DIVERSITY.

You have developed a preferential performance in favor of Dolores Rivera undermining my job
performance, that means you have incurred in discrimination against me. I consider that your motivation
and that of Mr. Sanjay Garla, is that of not having respected my freedom of expression when I have given
an opinion different to your approaches in different opportunities.

Section 13. WORKING CONDITIONS.

You, due to your biased performance against me and due to your negligence to support my job
performance, have contributed to creating a hostile work environment which is hazardous for my health
and emotional stability.

Section 14. HEALTH AND SAFETY

With your biased performance against me and your negligence to provide me with the support, decisions,
and resources at your powers, you have violated this section by failing to contribute to have a safe and
healthful work environment,

**TO RESOLVE THIS GRIEVANCE, the Union requests the following remedies:**

a)  Regarding the discipline that was imposed on me: Repeal it, due to the lack of objective facts and due to
exaggerated magnification just in order to apply a disciplinary sanction.
b)  Regarding your biased performance against me: To transmit my complaints and the resolution of this
grievance (Proposed remedy a) to a third person so that they can resolve it and order an investigation of your
performance and that of Mr. Sanjay Garla, for which I have already expressed my Total willingness to argue
and provide the evidence that I can provide.

**REQUEST OF INFORMATION:** To appropriately investigate this grievance, please consider this a formal
request for the following:

Please provide, through TCG, a list of all incoming and outcoming phone calls made from and to the
Ms. Dolores Rivera phone number to and from the phone numbers of the SWA's workers in Mountain
View, Palo Alto and Fremont, specially but not limited to the following numbers:

(408) 807-7051 Federico Espino, SWA Mountain View
(650) 518-4259 Daniela Hernandez, SWA Mountain View
(650) 776-2232 Juan Chaves, SWA Mountain View, and
(650) 888-7512, Lucino Pinacho, SWA Mountain View.

Please provide the requested information and contact the Union no later than before the Step One (Formal
Grievance Meeting) if that step is needed. If any part of this request is denied or if the information is
unavailable, please state so in writing and provide the remainder of the information -by no later than

before the cited Step One, which the Union will accept without prejudice to its position that it is entitled to all of the requested information. This request of information is made without prejudice to the Union's right to file future requests for information.

**INFORMAL CONFERENCE TO SETTLE THIS GRIEVANCE:** Pursuant to Section 18 (a), BSSU invite to USWW to use the best endeavors by informal conferences to settle this Grievance within ten (10) working days, no later than Wednesday, January 27, 2021. We look forward to your response to this invitation by no later than Wednesday January 20, 2021, per the CBA, ibidem.

I look forward to your prompt response. Thank you very much.

Sincerely,


EMIRO CUELLAR
Grievant
Member of Building Service Staff Union, BSSU


**EMIRO CUELLAR-CUELLAR**
External Organizer

United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

**Service Employees International Union**
1800 Massachusetts Avenue NW
Washington, D.C. 20036

Office: 213-284-7197  **Cell: 323-652-2363**  Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org



**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]



EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 22

 Gmail

Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>

## Re: Your testimony is requested, please.
1 message

**Dan O** <sinwaters@yahoo.com>                                   Mon, Apr 12, 2021 at 1:54 PM
To: Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>

1) Yes. This is correct.
2) Yes I do remember the sign.
3) There was no interruption.
4) The meeting flowed fine. The meeting developed like normal.
5) The meeting was normal. No interruptions.

Sent from my iPhone

On Apr 9, 2021, at 4:25 PM, Emiro Cuéllar Cuéllar <emirocuellar@gmail.com> wrote:

With the purpose of bringing clarity to the events happened on 03-10-2021, would you please respond the following questions:

1- On Wednesday March 10, 2021 the External Team had a virtual meeting by Zoom, in which we participated: Vu Nguyen, Juan Carlos Cristales, Erica Capp, Daniel Ortiz, David Mejia and myself, Emiro Cuellar.

Is this correct?

2- It was at that meeting that I showed a protest sign against Sanjay Garla and Vu Nguyen, my supervisors.

Do you remember that?

3- Please state if, due to the fact that I showed that protest sign, the meeting suffered any problem, break or abrupt interruption, that would have prevented the meeting from continuing or ending normally. Answer in your own words, please.

4- Please say if I, Emiro Cuellar, during that meeting, in addition to showing that sign, said something in protest or starred in any event that caused the meeting to not develop and end normally.

5- Please, in your own words, state whether the meeting proceeded and ended without any problem, or not.

Thank you.

Fraternally,

*Emiro Cuéllar-Cuéllar*
"Opposition brings concord. Out of discord comes the fairest harmony" Heraclitus of Ephesus
**"Las ideas opuestas conducen a la concordia. De las más grandes discordias se llega a la más perfecta armonía" Heráclito de Efeso**

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 23

 Gmail                                    **Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>**

---

## Re: Necesito su urgente solidaridad
1 message

**David Mejia** <david.mejia95@yahoo.com>                                    Mon, Apr 12, 2021 at 12:09 PM
Reply-To: David Mejia <david.mejia95@yahoo.com>
To: Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>

Hola Emiro,

Como le comente en los mensajes de texto que usted me mando hoy yo no recuerdo aver visto ningún rótulo que usted puso ya que ese día yo andaba manejando y solo escuchaba la reunión que yo recuerde no vi el rótulo que usted menciona aver puesto y yo escuche la junta normal y no se si usted puso o no puso algo eso es todo lo que puedo mencionar para mi fue una junta normal como todas.

No puedo dar más opinión ya que no vi nada.

Gracias.

Enviado desde Yahoo Mail para Android

El jue., 8 de abr. de 2021 a la(s) 4:30 p. m., Emiro Cuéllar Cuéllar
<emirocuellar@gmail.com> escribió:

> Apreciado compañero David:
>
> Me dirijo a usted con mucha esperanza en obtener su solidaridad para obtener un breve testimonio suyo.
>
> Como ya sabe, USWW continúa su persecución sobre mí y me ha dado un "Final Warning" en el cual Vu Nguyen y Sanjay Garla invocan como causa que yo fui disruptivo para la reunión (Zoom en 03-10-2021, en la que usted estuvo presente), al mostrar el letrero de protesta por la persecución laboral que ellos están ejerciendo sobre mí.
>
> De acuerdo a los diccionarios, "DISRUPTIVO" significa *Que causa mucho problema, rotura o interrupción brusca, de tal manera que impide que algo continúe o termine.*
>
> El testimonio que le pido es que usted, por favor, manifieste:
>
> > 1. Si por el hecho de yo haber mostrado mi letrero de protesta, eso le causó a usted alguna molestia o eso impidió que la reunión se desarrollara y terminara normalmente.
> >
> > 2. Si es normal que nosotros en BSSU mostremos mensajes de protesta durante nuestros Staff Meetings, igual como lo hacíamos en persona, antes de la pandemia.
>
> Por favor envíeme su testimonio respondiendo a este email o en uno nuevo, como usted desee.
>
> Muchas gracias por su solidaridad.
>
> Fraternally,
>
>
> *Emiro Cuéllar-Cuéllar*
> "Opposition brings concord. Out of discord comes the fairest harmony" Heraclitus of Ephesus
> **"Las ideas opuestas conducen a la concordia. De las más grandes discordias se llega a la más perfecta armonía" Heráclito de Efeso**

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 24

 Gmail

Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>

## Re: Your testimony is requested, please.

1 message

**Erica Capp** <cappericaa@gmail.com>                                      Fri, Apr 9, 2021 at 6:07 PM
To: Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>

In order to provide clarity to the events that occured on 03-10-2021, I will list the questions asked and my answers for
them.

1- On Wednesday March 10, 2021 the External Team had a virtual meeting by Zoom, in which we participated: Vu
Nguyen, Juan Carlos Cristales, Erica Capp, Daniel Ortiz, David Mejia and myself, Emiro Cuellar.

Is this correct?

-Yes.

2- It was at that meeting that I showed a protest sign against Sanjay Garla and Vu Nguyen, my supervisors.

Do you remember that?

-Yes.

3- Please state if, due to the fact that I showed that protest sign, the meeting suffered any problem, break or abrupt
interruption, that would have prevented the meeting from continue or ending normally. Answer in your own words, please.

-I did not feel that the protest sign caused any serious interruption or break that led the meeting to suffer or deter it from
ending normally. It was only mentioned once and briefly before we continued.

4- Please say if I, Emiro Cuellar, during that meeting, in addition to showing that sign, said something in protest or starred
in any event that caused the meeting to not develop and end normally.

-Emiro Cuellar did not do anything in addition that would change the intended course of the meeting.

5- Please, in your own words, state whether the meeting proceeded and ended without any problem, or not.

-The meeting was able to continue and we were able to have enough space to talk about everything we needed before it
ended.

Thank you.
-Erica Capp

On Fri, Apr 9, 2021 at 4:24 PM Emiro Cuéllar Cuéllar <emirocuellar@gmail.com> wrote:
 With the purpose of bringing clarity to the events happened on 03-10-2021, would you please respond the following
 questions:

 1- On Wednesday March 10, 2021 the External Team had a virtual meeting by Zoom, in which we participated: Vu
 Nguyen, Juan Carlos Cristales, Erica Capp, Daniel Ortiz, David Mejia and myself, Emiro Cuellar.

 Is this correct?

 2- It was at that meeting that I showed a protest sign against Sanjay Garla and Vu Nguyen, my supervisors.

 Do you remember that?

 3- Please state if, due to the fact that I showed that protest sign, the meeting suffered any problem, break or abrupt
 interruption, that would have prevented the meeting from continue or ending normally. Answer in your own words,
 please.

4- Please say if I, Emiro Cuellar, during that meeting, in addition to showing that sign, said something in protest or starred in any event that caused the meeting to not develop and end normally.

5- Please, in your own words, state whether the meeting proceeded and ended without any problem, or not.

Thank you.

Fraternally,


*Emiro Cuéllar-Cuéllar*
"Opposition brings concord. Out of discord comes the fairest harmony" Heraclitus of Ephesus
**"Las ideas opuestas conducen a la concordia. De las más grandes discordias se llega a la más perfecta armonía" Heráclito de Efeso**

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 25



Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>

## Re: Your testimony is requested, please.
1 message

JC C <jcristales@msn.com>                                              Sat, Apr 17, 2021 at 12:56 AM
To: Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>

**Aqui estan las respuestas que me pedistes.**
**Saludos.**

### ABOUT ZOOM MEETING on 09-03-2021:

1- On March 9, 2021, you, Mr. Vu Nguyen and I had a virtual Zoom meeting, cited by Mr. Vu for a "SWA
Campaign Debrief"

Is this correct? Yes

2- Please state in your own words what was the topic or topics discussed at that meeting. SWA
Campaign Debrief

3- Please state if Mr. Vu agreed to evaluate the entire campaign, and who requested that. Emiro
Requested an evaluation of the entire campaign the focus of the meeting was mainly in one work site.

4- In your opinion and in your own words, please state if it seemed to you that I, Emiro Cuellar, raised my
voice disrespectfully, or was not cooperative with the information Mr. Vu was asking for, or if I was hostile
during that meeting . I don't think it was disrespectful but the tone of the metering was tense and both
were obviously in disagreement and both specifically stated that.

5- In your opinion and in your own words, please say if it seemed to you that I, Emiro Cuellar, was not
cooperative with the information Mr. Vu Nguyen was asking me for. I believe that Emiro cooperate and
provide the Information requested, but he constantly expressed his disagreement and discontent with the
course of the meeting.

6- In your opinion and in your own words, please state if it seemed to you that I, Emiro Cuellar, caused
the meeting to suffer some problem, break or abrupt interruption, which would have prevented the
meeting from continuing or ending normally.
I don't think there was an abrupt ending of then meeting
I think that the meeting ended since there was a clear disagreement about the purpose or intentions of
the meeting.

### ABOUT ZOOM MEETING on 03-10-2021:

1- On Wednesday, March 10, 2021, the External Team had a virtual Zoom meeting, in which we
participated: Vu Nguyen, Juan Carlos Cristales, Erica Capp, Daniel Ortiz, David Mejía and myself, Emiro
Cuellar.

Is this correct? Yes

2- It was at that meeting that I showed a protest sign against Sanjay Garla and Vu Nguyen, my
supervisors.
Do you remember that? Yes

Case 2:22-cv-01359-SPG-MAA   Document 1   Filed 02/28/22   Page 127 of 131   Page
ID #:127
4/18/2021                                    Gmail - Your testimony is requested, please.

3- Please, indicate if, due to the fact that I showed that protest sign, the meeting suffered any problem, breakage or abrupt interruption, which would have prevented the meeting from continuing or ending normally. Please answer in your own words. I was able to listen and participate without any problems.

4- Please say if I, Emiro Cuellar, during that meeting, in addition to showing that poster, said something in protest or starred in an event that caused the meeting to not develop and end normally. No that I remember.

5- Please, in your own words, indicate whether the meeting proceeded and ended without any problem or not. It didn't cause me any problems.

---

**From:** Emiro Cuéllar Cuéllar <emirocuellar@gmail.com>
**Sent:** Friday, April 9, 2021 4:51 PM
**To:** Juan Carlos - LA Cristales <jcristales@msn.com>
**Subject:** Your testimony is requested, please.

In order to bring clarity to the events occurred on March 9, 2021 and March 10, 2021, please answer the following questions:

## ABOUT ZOOM MEETING on 09-03-2021:

1- On March 9, 2021, you, Mr. Vu Nguyen and I had a virtual Zoom meeting, cited by Mr. Vu for a "SWA Campaign Debrief"

Is this correct?

2- Please state in your own words what was the topic or topics discussed at that meeting.

3- Please state if Mr. Vu agreed to evaluate the entire campaign, and who requested that.

4- In your opinion and in your own words, please state if it seemed to you that I, Emiro Cuellar, raised my voice disrespectfully, or was not cooperative with the information Mr. Vu was asking for, or if I was hostile during that meeting .

5- In your opinion and in your own words, please say if it seemed to you that I, Emiro Cuellar, was not cooperative with the information Mr. Vu Nguyen was asking me for.

6- In your opinion and in your own words, please state if it seemed to you that I, Emiro Cuellar, caused the meeting to suffer some problem, break or abrupt interruption, which would have prevented the meeting from continuing or ending normally .

## ABOUT ZOOM MEETING on 03-10-2021:

1- On Wednesday, March 10, 2021, the External Team had a virtual Zoom meeting, in which we participated: Vu Nguyen, Juan Carlos Cristales, Erica Capp, Daniel Ortiz, David Mejia and myself, Emiro Cuellar.

Is this correct?

2- It was at that meeting that I showed a protest sign against Sanjay Garla and Vu Nguyen, my supervisors.
Do you remember that?

3- Please, indicate if, due to the fact that I showed that protest sign, the meeting suffered any problem, breakage or abrupt interruption, which would have prevented the meeting from continuing or ending normally. Please answer in your own words.

4- Please say if I, Emiro Cuellar, during that meeting, in addition to showing that poster, said something in protest or starred in an event that caused the meeting to not develop and end normally.

5- Please, in your own words, indicate whether the meeting proceeded and ended without any problem or not.

Thanks.

Fraternally,


*Emiro Cuéllar-Cuéllar*
"Opposition brings concord. Out of discord comes the fairest harmony" Heraclitus of Ephesus
"Las ideas opuestas conducen a la concordia. De las más grandes discordias se llega a la más perfecta armonía" Heráclito de Efeso

EMIRO CUELLAR v SEIU-USWW, and others - COMPLAINT FOR DAMAGES

# EXHIBIT 26

Office: 213-284-7197 **Cell: 323-652-2363** Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org



**United Service
Workers West**

---

**IMPORTANT:** This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete this e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]

---

**Emiro Cuellar** <emiro.cuellar@seiu-usww.org>                                    Thu, Mar 11, 2021 at 8:19 PM
To: Alejandra Valles <alejandra.valles@seiu-usww.org>, David Huerta <david.huerta@seiu-usww.org>
Cc: Anton Farmby <anton.farmby@seiu-usww.org>, Sanjay Garla <sanjay.garla@seiu-usww.org>, Talia Reyes
<talia.reyes@seiu-usww.org>, Daniel Paredes <dparedes1986@gmail.com>, Juan Carlos Cristales
<juancarlos.cristales@seiu-usww.org>, Vu Nguyen <vu.nguyen@seiu-usww.org>, Daniel Paredes
<bssupresident@gmail.com>

HAPPY FACES ... SAD FACES

Dear people,

Please accept my apologies for bothering you.

I have always been doing my best. Here are some of my achievements:

- I mobilized 25 out of 26 workers! from Whittier College, to a March we did at Cedars Sinai (Sodexo Campaign). I think that was for the Strike we did there..

    * I never received public recognition, as I saw others being recognized in the All Staff Meetings. 

-Whittier College, which was my assignment, was chosen to bring a strong leader from the SEIU National Campaign to the action day in Paris, France.

    * I also did not receive any public recognition.

-Whittier College was one of only (two?) sites that ended up unionized.

    * I also did not receive any public recognition.

I transitioned LACMA (Sodexo Campaign), starting from Zero with a Blitz, with 15 signed Union cards and 3 strong leaders, who still are, at least one among us.

    * I also did not receive any public recognition.

I received Cedars Sinai (Sodexo Campaign) in very bad organizational conditions: just names, phone numbers and the workers rebelled against USWW, and I made a transition with a lot of organizational information and 2 or 3 leaders.

    * I also did not receive any public recognition.

Cedars Sinai was the other site, of the only (two?) that ended up unionized.

    *I also never received public recognition. 

2/27/22, 1:49 PM    Case 2:22-cv-01359-SPG-MAA    Document 1    Filed 02/28/22    Page 131 of 131    Page
ID #:131
seiu-usww.org Mail - Campaign debrief

I was sent to rescue the G2 workers at LAX (2012), because they were very rebellious with their organizers and with the Union, and many in the field were already talking about decertification.

I was there only for a month: I redirected them all in favor of the Union, re-established the leadership, I spoke well of the fellow organizers and I vindicated them, their work and the Union. With a large group of workers, and the two vindicated Organizers, we took over the company offices.
From G2 they called President Mike García (RIP) to file a complaint and say that a madman had taken their office. Mike told the Company that I was just doing my job. We neutralized the company, and I left the site at a high level of organization. In a month. With the full support of the directors of that time, specially Mike and Alejandra, among others. THANK YOU! 😀   Many of the workers still remember me. 😊

   * But I still never received public recognition... 😔

In my almost 8 years with the LA County Security Campaign I signed Union card majorities at least three times at both companies, Securitas and Allied Universal (former Allied Barton, and North American Security). We achieved in March 2019 the official count / recognition at Allied Universal Security. It was my assignment. 😀

   * I also did not receive any public recognition. 😔

Today at our LA County 3 Industries Big Meeting, 25 workers attended. 11 of them mobilized by me. 😀  We were 7 organizers moving the turnout.
... will there be a public recognition? 😕

Meanwhile, I have received an exaggerated number of disciplinary investigations and sanctions, for a cruel job persecution.

It is like I have been working 1 year and almost 10 defending my job position.

It is very sad to go to sleep thinking that tomorrow may be my last day at work, the product of an insane job persecution.

Please help me to let me work without undue/unfair labor pressure.

Again, please accept my apologies for bothering you.

Thank you very much.

Happy long weekend.

Fraternally,


**EMIRO CUELLAR-CUELLAR**
External Organizer

United Service Workers West
**828 West Washington Boulevard, Los Angeles, California 90015**

**Service Employees International Union**
1800 Massachusetts Avenue NW
Washington, D.C. 20036

Office: 213-284-7197 **Cell: 323-652-2363** Fax:213-284-7725

emiro.cuellar@seiu-usww.org
www.seiu-usww.org

